AO 257 (Rev. 6/78)                                                                                                          PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**OFFENSE CHARGED**

Possession of an unregistered destructive device; unlawful storage of explosive materials.

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Defendant — **U.S. vs. BRANDON CLINT RUSSELL**

Address: 12606 Maribou Cir
Orlando, FL 32828
(from FL Driver's License)

Birth Date: 7/1/1995

☒ Male ☐ Female ☐ Alien

**Place of Offense**
Hillsborough County

**U.S.C. Citation**
26 U.S.C. § 5861(d);
18 U.S.C. § 842(j)

SSN: 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    FBI No.:

..............................DEFENDANT..............................

........................... PROCEEDING ...........................

Name of Complainant Agency, or Person (& Title, if any)

**FBI, S/A Timothy Swanson– (813) 253-1252**

☐ person is awaiting trial in another Federal or State Court, give name of court:

☐ this person/proceeding is transferred from another district per
FRCrP ☐ 20, ☐ 21 or ☐ 40. Show District:

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
DOCKET NO.    ☐ U.S. Atty.   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) MAGISTRATE CASE NO.
before U.S. Magistrate regarding
this defendant were recorded under ▸ **8:17-MJ-1362TBM**

Name and Office of Person
Furnishing information on This Form
**W. STEPHEN MULDROW**    ☒ Acting U.S. Atty. ☐ Other

Name of Asst. U.S. Atty.    JOSEPHINE THOMAS
813-274-6000

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons }
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge
NOTE: USMS in the process of transporting the Defendant back to this district

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
Has detainer been filed?
☐ Yes } If "Yes" ☐ No
DATE OF ARREST
Or... if arresting Agency & Warrant were not Federal
Mo. Day Year
DATE TRANSFERRED
TO U.S. CUSTODY ▸

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

METHOD OF SERVICE: Notice
RECOMMENDED BOND: Detention
COURTROOM REQUIREMENTS: Small
Will there be a defendant or witness in custody? ____Yes ____No

| Statutes: | Counts: | Penalty Provisions: | Maximum Penalty: |
|---|---|---|---|
| 26 U.S.C. § 5861(d) | One | | 10 years imprisonment; $250,000 Fine; 3 years S/R |
| 18 U.S.C. § 842(j) | Two | | 1 year imprisonment, $100,000 fine, one year S/R |

Ian J. Goldstein, Esq.
500 South Australian Avenue, Ste. 720
West Palm Beach, Florida 33401

☐ (AP) Appointed
☐ (FD) Federal Public Defender
☐ (PS) Pro Se
☒ (RE) Retained
☐ (TB) To be Appointed

Start Date: _____

OCDETF Case    ☐ Yes ☒ No

Gang Member:    ☐ Yes ☒ No    If Yes, gang affiliation: _____