# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:17-mj-02730-AMS-1

Case title: USA v. Russell
Other court case number: 8:17-mj-1362-TRM Middle District of Florida- Tampa Division

Date Filed: 05/22/2017
Date Terminated: 05/23/2017

Assigned to: Magistrate Judge Andrea M. Simonton

### Defendant (1)

**Brandon Russell**
14777-104
*YOB 1995: ENGLISH*
*TERMINATED: 05/23/2017*

represented by **William Wallshein**
2328 10th Avenue N
Lake Worth, FL 33461
407-533-1220
*ATTORNEY TO BE NOTICED*
*Designation: Temporary*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| CMP / 26:5861(d) possession of unregistered destructive device: 18:842(j) unlawful storage of explosive material | |

### Plaintiff
**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2017 | 1 | Magistrate Removal of Complaint from Middle District of Florida Case number in the other District 8:17-mj-1362-TRM as to Brandon Russell (1). (ra) (Entered: 05/23/2017) |
| 05/22/2017 | 2 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: William Wallshein appearing for Brandon Russell (ch1) (Entered: 05/23/2017) |
| 05/22/2017 | 3 | Minute Entry for proceedings held before Magistrate Judge Andrea M. Simonton: Initial Appearance as to Brandon Russell held on 5/22/2017. Date of Arrest or Surrender: 5/21/2017. (Digital 14:39:01) (ra) (Entered: 05/23/2017) |
| 05/22/2017 | 4 | WAIVER of Rule 5 & 5.1 Removal / Identity Hearing by Brandon Russell. (ra) (Entered: 05/23/2017) |
| 05/23/2017 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Brandon Russell. Defendant committed to the Middle District of Florida. Closing Case for Defendant. Signed by Magistrate Judge Andrea M. Simonton on 5/22/2017. (lw1) **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014-69.** (Entered: 05/23/2017) |
| 05/23/2017 | 6 | Notice of Criminal Transfer to Middle District of Florida of a Rule 5 or Rule 32 Initial Appearance as to Brandon Russell. Your case number is: 8:17-mj-1362-TRM. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court*: *If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (lw1) (Entered: 05/23/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/24/2017 10:09:26 | | | |
| **PACER Login:** | md6465:4262977:3956495 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:17-mj-02730-AMS |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |