UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:17-mj-01362-TBM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRANDON RUSSELL,

        Defendant.
_____/

## MOTION TO SET BOND AND/OR DETENTION HEARING

COMES NOW the Defendant, BRANDON RUSSELL, by and through undersigned counsel, who would hereby move this Honorable Court to set a bond/pretrial detention hearing in the above entitled cause, and in support thereof would show as follows:

1. BRANDON RUSSELL was arrested in this matter on May 21, 2017 on a Criminal Complaint. No Indictment has yet been returned in this case.

2. Defendant's arrested was effectuated in the Southern District of Florida, and Mr. Russell was brought before a United States Magistrate Judge in Miami, Florida on May 22, 2017. At that time the defendant, through counsel, waived his right to a removal hearing and requested that he be transported to the Middle District for further procedings.

3. Mr. Russell waived his right to a detention hearing in the Southern District of Florida, deferring said hearing until he appears in the Middle District of Florida. As such, the matter of bond or detention has not yet been addressed by the court.

4. As of the date of the filing of the instant motion, Mr. Russell remains in the Federal Detention Center in Miami, Florida with no bond and no future court date.

5.  The undersigned counsel would submit that Mr. Russell is a first time offender with no criminal history, is currently charged with offenses for which he is eligible for release, and that bond is appropriate in this case.

6.  The undersigned counsel has discussed this matter with AUSA Josie Thomas, who advised that the Government will be seeking pretrial detention.

WHEREFORE, based upon the foregoing, defendant would respectfully request that this Honorable Court set a bond and/or pretrial detention hearing and order the defendant be transported to the Middle District of Florida so he may be present for same.

## CERTIFICATE OF SERVICE AND FILING

I HEREBY CERTIFY that this Motion has been electronically filed and served on all parties via CM/ECF on the 31st day of May, 2017.

>GOLDSTEIN & JETTE, P.A.
>Attorneys for Defendant
>500 South Australian Avenue, Ste. 720
>West Palm Beach, Florida 33401
>Tel: (561) 659-0202
>Fax: (561) 659-0133
>Email: ijg@goldsteinjette.com
>
>*/s/ Ian J. Goldstein*
>IAN J. GOLDSTEIN, ESQUIRE
>Florida Bar Number 0085219