UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:17-mj-01362-TBM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRANDON RUSSELL,

        Defendant.
_____/

## MOTION FOR PERMISSION TO BRING ELECTRONIC DEVICES INTO COURTHOUSE

COMES NOW the undersigned counsel for Defendant, BRANDON RUSSELL, and moves this Honorable Court to enter an order permitting counsel to bring a cellular telephone and iPad into the courthouse for the the bond/pretrial detention hearing scheduled for June 8, 2017 in the above entitled cause, and in support thereof would show as follows:

    1.    This matter is currently scheduled for a detention/bond hearing on June 8, 2017.

    2.    The undersigned counsel will be flying from West Palm Beach to Tampa for said hearing, and spending the entire day in Tampa.

    3.    Counsel requires a cellular telephone and an iPad in order to conduct business throughout the day, and has no place to leave said devices while at the courthouse.

    4.    Counsel further requires the use of an iPad during the bond/detention hearing, as documents relevant to said hearing are stored electronically for remote access in court.

WHEREFORE, based upon the foregoing, counsel would respectfully request that this Honorable Court enter an order permitting him to bring a cellular telephone and iPad into the

1

courthouse as set forth above.

## CERTIFICATE OF SERVICE AND FILING

I HEREBY CERTIFY that this Motion has been electronically filed and served on all parties via CM/ECF on the 5th day of June, 2017.

GOLDSTEIN & JETTE, P.A.<br>
Attorneys for Defendant<br>
500 South Australian Avenue, Ste. 720<br>
West Palm Beach, Florida 33401<br>
Tel: (561) 659-0202<br>
Fax: (561) 659-0133<br>
Email: ijg@goldsteinjette.com<br>
<br>
<i>/s/ Ian J. Goldstein</i><br>
IAN J. GOLDSTEIN, ESQUIRE<br>
Florida Bar Number 0085219

2