UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-283T24 JSS

26 U.S.C. § 5861(d)
BRANDON CLINT RUSSELL                18 U.S.C. § 842(j)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date, but continuing through on or about May 20, 2017, in Hillsborough County, in the Middle District of Florida, the defendant,

BRANDON CLINT RUSSELL,

knowingly possessed firearms, as defined in 26 U.S.C. §§ 5845(a)(8) and (f), namely, a destructive device and any combination of parts either designed and intended for use in converting any device into a destructive device and from which a destructive device may be readily assembled, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5841.

In violation of 26 U.S.C. §§ 5861(d) and 5871.

## COUNT TWO

From an unknown date, but continuing through on or about May 20, 2017, in Hillsborough County, in the Middle District of Florida, the defendant,

BRANDON CLINT RUSSELL,

knowingly stored explosive material in a manner not in conformity with regulations promulgated by the Attorney General and pursuant to 18 U.S.C. § 847, in that he stored high explosives, namely Hexamethylene Triperoxide Diamine (HMTD), and blasting agents, namely ammonium nitrate, in his residence located at 15350 Amberly Drive, Tampa, Florida, said residence not then conforming with the requirements of Type 1 through 5 storage facilities.

In violation of 18 U.S.C. §§ 842(j), 844(b), and 27 C.F.R. § 555.201, *et seq.*

## FORFEITURES

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 26 U.S.C. § 5872, 18 U.S.C. §§ 844(c) and 982(a)(2)(B), and 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

2. Upon conviction of a violation 18 U.S.C. § 5861, the defendant, BRANDON CLINT RUSSELL, shall forfeit to the United States, pursuant to

26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved or used or intended to be used in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm.

3. Upon a conviction of a violation of 18 U.S.C. §§ 842 and/or 844, the defendant, BRANDON CLINT RUSSELL, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States intends to forfeit substitute property under 26 U.S.C. § 5872 and 21 U.S.C. § 853(p), as incorporated by reference in 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
Josephine W. Thomas
Assistant United States Attorney

By: _____
Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

BRANDON CLINT RUSSELL

## INDICTMENT

Violations:   26 U.S.C. § 5861(d); 18 U.S.C. § 842(j)

A true bill,

_____
Foreperson

Filed in open court this 7th day

of June 2017.

_____
Clerk

Bail $_____