**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:17-cr-283-T-24JSS | **DATE:** | June 8, 2017 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA v. BRANDON CLINT RUSSELL | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL** Dan George for Josephine Thomas, AUSA | |
| | | **DEFENSE COUNSEL** Ian Goldstein, Retained | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 2:05 p.m. - 2:50 p.m. | **TOTAL:** 45 min. | **COURTROOM:** | 12B |

**PROCEEDINGS: INITIAL APPEARANCE / BOND-DETENTION / ARRAIGNMENT**

- [X] Defendant present and advised of Charges.
- [X] Arrest Date: 5/23/17 in the SDFL
- [X] Defendant provided with copy of Indictment; Court summarized Charges.
- [X] Court advises Defendant of Rule 5 rights.
- [X] Defense Attorney: Ian Goldstein
- [X] Gov't seeks detention: danger to the community, risk of flight, no condition or set of conditions that can reasonably assure the safety of the community.
- [X] Defendant requests bond (Doc. 8).

- [X] Defendant waived reading of Indictment.
- [X] Not Guilty Plea Entered as to ALL Counts.
- [X] Trial set for trial term beginning August 7, 2017, before SCB.
- [X] Status Conference set for July 19, 2017, at 9:00 a.m..
- [X] Government to Provide Rule 16(a); Defendant to Provide Rule 16(b).
- [X] Referred to Magistrate Judge Sneed for Pre-trial Discovery Order.
  (Copy of These Minutes Sent to Magistrate Judge CRD).

- [X] The Court takes the matter of bond under the advisement.