**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:17-cr-283-T-24TBM | **DATE:** | June 13, 2017 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON CLINT RUSSELL | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Josephine Thomas and Dan George, AUSA | |
| | | **DEFENSE COUNSEL**<br>Ian Goldstein and William Wallshein, Retained | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 2:05 p.m. - 3:37 p.m. | **TOTAL:** 1/32 | **COURTROOM:** | 12B |

**PROCEEDINGS:   EVIDENTIARY MOTION HEARING**

The Court hears oral argument re: Government's Motions to Revoke Bond (Docs. 19, and 22).

Government's exhibit 1-24, 26

Government's witness: Moises Quinones sworn and testified.

The Court takes the matter under advisement.