**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                                          **Case No. 8:17-cr-283-T-24JSS**

**BRANDON CLINT RUSSELL,**

    **Defendant.**
_____/

## O R D E R

In response to the hearing conducted this date, the Court hereby stays the entry of a release order pending further consideration.

**DONE and ORDERED** in Tampa, Florida, this 13th day of June 2017.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE