UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,    Case No. 8:17-cr-283-T-24JSS

    Plaintiff,    ☐
    Government ☒    ☐ Evidentiary
                                                 ☐ Trial
v.                                            ☒ Other

BRANDON CLINTON RUSSELL

    Defendant   ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | JUN 13 2017 | JUN 13 2017 | Moises Quinones | Interview Clip 1 |
| 2 | JUN 13 2017 | JUN 13 2017 | Moises Quinones | Interview Clip 2 |
| 3 | JUN 13 2017 | JUN 13 2017 | Moises Quinones | Interview Clip 3 |
| 4 | JUN 13 2017 | JUN 13 2017 | Moises Quinones | Interview Clip 4 |
| 5 | JUN 13 2017 | JUN 13 2017 | Moises Quinones | Interview Clip 5 |
| 6 | JUN 13 2017 | JUN 13 2017 | Moises Quinones | Interview Clip 6 |
| 7 | JUN 13 2017 | JUN 13 2017 | Moises Quinones | Interview Clip 7 |
| 8 | JUN 13 2017 | JUN 13 2017 |  | Photo of Bass Pro Shop Receipt |
| 9 | JUN 13 2017 | JUN 13 2017 |  | Photo of loaded magazine with .223 ammunition |

## EXHIBIT LIST - Continuation Sheet

| # | | | | Description |
|---|---|---|---|---|
| 10 | JUN 13 2017 | JUN 13 2017 | | Photo of bulk ammunition |
| 11 | JUN 13 2017 | JUN 13 2017 | | Photo of garage interior |
| 12 | JUN 13 2017 | JUN 13 2017 | | Photo of cooler containing HMTD |
| 13 | JUN 13 2017 | JUN 13 2017 | | Close-up photo of container with HMTD |
| 14 | JUN 13 2017 | JUN 13 2017 | | Photo of items found on entry-way to garage with electric matches |
| 15 | JUN 13 2017 | JUN 13 2017 | | Photo of homemade end cap for pipe bomb |
| 16 | JUN 13 2017 | JUN 13 2017 | | Photo of S&W MP .556 assault-style rifle in box |
| 17 | JUN 13 2017 | JUN 13 2017 | | Photo of 30-06 rifle in box |
| 18 | JUN 13 2017 | JUN 13 2017 | | Photo of shell casings with fuses extruding from bottom |
| 19 | JUN 13 2017 | JUN 13 2017 | | Composite exhibit of postings from IronMarch.org |
| 20 | JUN 13 2017 | JUN 13 2017 | | Florida hunting season chart |
| 21 | JUN 13 2017 | JUN 13 2017 | | Photo of the outside of apartment complex |
| 22 | JUN 13 2017 | JUN 13 2017 | | Photo of approximately 5 pounds of Ammonium Nitrate |
| 23 | JUN 13 2017 | JUN 13 2017 | | Close-up photo of shipping label on box containing Ammonium Nitrate |
| 24 | JUN 13 2017 | JUN 13 2017 | | Photo of contents of bag displayed on table |
| 26 | JUN 13 2017 | JUN 13 2017 | | HMTD and electric match for test – pre-detonation |
| 27 | JUN 13 2017 | JUN 13 2017 | | HMTD and electric match for test – post-detonation |