# Exhibits 1-7

# Video Clips