U.S. District Court
Middle District of Florida
Tampa Division

## GOVERNMENT EXHIBIT

Exhibit No.: _8_

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 13 2017

Date Admitted: JUN 13 2017



Bass Pro Shops
Outdoor World
200 Gulf Stream Way
Dania Beach, FL 33004

SALE TRANSACTION

| | | |
|---|---|---|
| Sku M&p15 Sport 2 | | $699.99 |
| 0022188868104 | Rewards Points 700 | |
| Axis Package | | $349.99 |
| 0011356225139 | Rewards Points 350 | |
| Pmag 30 Window Gen2 3 | | $19.99 |
| 0873575000826 | Rewards Points 20 | |
| Pmag 30 Window Gen2 3 | | $19.99 |
| 0873575000826 | Rewards Points 20 | |
| Pmag 30 Window Gen2 3 | | $19.99 |
| 0873575000826 | Rewards Points 20 | |

Tax $109.96 6.0% $66.60



U.S. District Court
Middle District of Florida
Tampa Division

GOVERNMENT EXHIBIT

Exhibit No.: 9

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 1 3 2017

Date Admitted: JUN 1 3 2017



United States District Court
Middle District of Florida
Tampa Division

GOVERNMENT EXHIBIT

Exhibit No.: 10

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 1 3 2017

Date Admitted: JUN 1 3 2017



GOVERNMENT EXHIBIT

U.S. District Court
Middle District of Florida
Tampa Division

Exhibit No.: 1

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 13 2017

Date Admitted: JUN 13 2017



U.S. District Court
Middle District of Florida
Tampa Division

## GOVERNMENT EXHIBIT

Exhibit No.: 12

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 1 3 2017

Date Admitted: JUN 1 3 2017



U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 13

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 1 3 2017

Date Admitted: JUN 1 3 2017



U.S. District Court
Middle District of Florida
Tampa Division

GOVERNMENT EXHIBIT

Exhibit No.: 14

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

JUN 13 2017

Date Identified:

Date Admitted: JUN 13 2017

U.S. District Court
Middle District of Florida
Tampa Division

GOVERNMENT EXHIBIT

Exhibit No.: 15

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 13 2017

Date Admitted: JUN 13 2017





U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 16

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 13 2017

Date Admitted: JUN 13 2017



U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 17

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 13 2017

Date Admitted: JUN 13 2017

U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

**Exhibit No.:** _1B_

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 1 3 2017

Date Admitted: JUN 1 3 2017

