Ironmarch.org/Atomwaffen Division Home Page
URL:  www.ironmarch.org/index.php?/5647-atomwaffen-division-central-topic/





**U.S. District Court**
**Middle District of Florida**
**Tampa Division**

**GOVERNMENT EXHIBIT**

Exhibit No.:____19____

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified:____JUN 1 3 2017____

Date Admitted:____JUN 1 3 2017____

**Ironmarch.org/Atomwaffen Division Official Statement**

"Official IM Statement Regarding the Muslim Terror Attack on AW"

Posted by Forum Administrator (The 'Adminship'): May 23, 2017

References the name 'Brandon Russell.'





- We are not here to place the blame on anyone and such measures are counter productive. This was a horrific attack that has left a deep scar on all those concerned in it. Nowhere will this ever be allowed to happen again.

- No surrender to system tools. You are scum, you are not human, we hate you all, we will detail your disgusting crimes against National Socialists.

- This is a full disclosure, nobody on IM has anything to hide regarding this incident.

- The member known as Odin and the two men slain are completely innocent of any accusation that the group conducted or advocated, or planned for terrorist acts — something they all rejected. The filthy lying media have been deliberately distorting police reports in order to punish and publicly shame those who have been nothing but the victims in this incident or who are not alive to defend themselves.

- We 100% support our friend Odin and we are thinking of him a lot.

- IronMarch endorses Atomwaffen but we are separate entities, do not directly conflate one with the other. Everyone knows that IM is neither a movement, nor does it have any control over, or is aware of the actions of any movement we endorse - we are foremost a place of learning, and as such we provide these groups with educational materials, advice if it is asked for, and a platform for their voice.

- IronMarch banned Devon's account when it became known he converted to the terrorist ideology of Islam and we did everything we reasonably could to try and have him removed from the organization. We object in the strongest possible terms that he was in any way 'representative' of IM or it's ethos.

- We have good reason to believe that the attacker, Devon, planned this attack with other fellow coreligionists, and his ambitions to murder AW members far exceeded this tragic event. All Muslims have been isolated and ejected from the group, and appropriate measures taken for the safety of those facing a reasonable threat.

- We are thankful to all of those who were brave enough to express their condolences, it has been

- We are thankful to all of those who were brave enough to express their condolences, it has been genuinely appreciated.

As the older users here are aware, Devon is a former IM user and AtomWaffen member. For the newer users: while Odin was in basic training Devon tried to assert more control in the group and this was around that time he started to obnoxiously annoy people with Islamic crap that grew in severity, at first this was ignored as trolling, but then it became so prevalent and with a repeating pattern (trying to "trick" people into saying the shahada for example) that some of us, including myself, had confronted him about it to get a straight answer out of him on his behavior. He said that he was entirely serious and genuine about having converted to Islam and that everything he was saying was serious. He launched into a tirade about how Europe was getting what it deserved, how the mass rape of European women was a good thing and he claimed that he was aiming to turn AW into a muslim organization altogether and would convert Odin to join him and that he would get in contact with ISIS and his bosnian friends would give him a child bride. He was immediately banned from IronMarch after that conversation. He would later try to cover for these statements by claiming that the latter of them were some kind of 'joke' or 'prank', however at that stage I personally regarded him as absolutely untrustworthy.

I contacted some people in AW and advised them to start a separate communication network, one that would exclude Devon and anyone else who were under his thumb, so that they could effectively isolate him and curb any plans he had in mind. He did catch wind of this and convinced most all AW members that this was some attempt by me to divide and conquer AW and take it for myself or some retarded shit like that. This resulted in a lengthy thread here on IM which was deleted after its conclusion. A lot of people who should have known better defended Devon, regurgitating his claim that he was only memeing and pranking us about everything EXCEPT his conversion to Islam. At that point IM temporarily cut ties with AW until Odin's return.

EXCEPT his conversion to Islam. At that point IM temporarily cut ties with AW until Odin's return.

When Odin found out what his friend had done he was furious and promised to put everything right. All of us who confronted Devon talked to Odin but **what everyone have to understand** about Odin is that he has a very good nature, he is very trusting of others and is extremely loyal to his friends. He caved in saying that Devon is his friend from childhood, they're close and that this was just some autistic phase Devon was going through, as he had in the past.

Devon had already dabbled in Islam once, but dropped it because he got the hots for some Mexican girl and was obnoxiously autistic about it in conversations with people as well. Then he had returned to Islam, this time, evidently, as a very devout Muslim who prayed five times a day and dedicated himself to thorough study of its history and laws.

Fast forward to the recent events; Odin, Devon, Jeremy and Andrew, were renting a condo together. While Odin was out at work, Devon murdered the other AW members in cold blood and then took a nearby smoke shop hostage to demand media attention. He then took the police back to the house where Odin, dressed in his uniform, had already discovered his two comrades dead, he was described as being in a distressed state. What is very crucial in all of this is that Devon claimed to have explosives in the building so the place was searched and Odin was also arrested.

In the articles so far released it has been reported that Devon told the police he killed them because they insulted his faith. Myself and others now believe that Devon was, in fact, plotting all along to kill all leading

---

insulted his faith. Myself and others now believe that Devon was, in fact, plotting all along to kill all leading members of the group, and that was the sole reason he was in the organization. He was planning to kill Odin as well. It was an organized plan that included his clique of convert-muslim retards in the AW ranks. They were going to participate at a planned summer gathering of AW members that included going to a gun range, which is where they would have opened fire on all the AW members and the family of one of the members. This would have been a very powerful and symbolic message to all these American patriotard militias who think they are just 'so safe' and 'so tough'.

Since Devon was arrested, his clique made statements to the effect of them praying for his well-being and how he did nothing wrong because our two dead brothers were nothing more than *"filthy kafirs"*.

After all of this came to light AW had purged Devon's clique of muslim-convert buddies from their ranks. In my personal opinion it makes the most sense that the two dead AW members had discovered Devon's ploy and confronted him about it or were pushing the issue of his expulsion from the movement - feeling cornered he killed them and then surrendered to the police so that he could spin them some tall tales in order to blame all of AW and take it down with him that way.

We have all been shaken by these events and the revelations that came with them. The more information came in the more surreal it was becoming. Obviously tensions were high for the last few days and most don't know how to really react to this situation or how to make heads or tails of it.

**Let there be no mistake about this:** this was not an act of betrayal. We are not talking about traitors, we

**Let there be no mistake about this:** this was not an act of betrayal. We are not talking about traitors, we are talking about a deranged scumbag, whose tendencies were fed and further developed by his conversion to Islam, who had infiltrated a National Socialist group with the explicit purpose of destroying it from within in the name of his heretical "faith". I think I can safely say that this is a unanimous sentiment of every single member of our fraternity, that this deranged scumbag and his little harem of converts deserve death. One can hope that Devon will get the death penalty, however he might be actively trying to mitigate it to a life sentence in exchange for whatever bullshit he is telling them to sink AW and Odin with him. The only person in this situation who has been truly betrayed is Odin, who had placed his trust into this person based on their long term familiarity, totally unaware of his "friend's" true intentions.

The media narrative seems to be that this Islamic terror attack is irrelevant and they have found some neo-nazi terror ring. Odin, they are alleging, had explosives but this is misleading. Odin apparently gave an interview defending himself to the FBI, in such a situation someone like Odin would know not to do this if he was going to lie and instead take the 5th. If you read the article he has only been questioned on a vat of dried powder that he claims is fuel for a science project from years ago. The chemistry is legit, and they don't have a case there. "Nuclear materials" has also been discussed — Odin is a STEM major in Nuclear physics, these were basically science toys, nothing at all to write home about.

An amount of bomb making materials was also recovered in a package and because it had Odin's name on the front this has been taken at face value totally ignoring what happened. Personally I am inclined to think the bomb making materials belonged to the fucking Muslim who told the police he had a bomb!

bomb making materials belonged to the fucking Muslim who told the police he had a bomb!

For anyone who doesn't know what Atomwaffen is, they are people who know what they are doing can cause problems, they are a far-right activist group and know full well that they cannot afford to engage in even legal and recreational pyrotechnics. I was personally assured that they took this very seriously. Look at the profiles of the people involved — people with a life, careers, families, girlfriends. These were good people. If the police do decide to work with this Islamic scum against essentially three young men who were willing to put on a uniform for a country that hates them it should serve as a serious wake up call to armed forces personnel.

Something else that needs to be addressed is the decision of some people to exploit this situation to attack IM and AW. Hopefully the *"I told you so"* crowd, that has been salivating over this travesty that cost the life of two of our comrades, have sobered up since their initial reaction and came to their senses. However, those who will persist in their gloating should be aware that it makes all the more clear to us and everyone else who are not constipated in the head, to those who instead came to express their condolences and grief over the loss of our brothers, exactly where **you** stand in the face of such events, what your real worth is. May that revelation of your true character haunt you wherever you go and claim to fight the same fight as us.

We would also like to remark the more than predictable reaction of the **lemming** crowd to the murder of our comrades:

| | |
|---|---|
| **beakie** | 1 minute ago |



EXIF not found x

**beakie**  1 minute ago
internet Nazis are scum bags. good riddance. Make sure the FBI gets their computers.
Reply · Share

**M S**  4 minutes ago
Perfectly consistent.

Any honest assessment reveals nazism and islam to be the supremacist twin sons of different fathers with scarcely a whit of difference in their murderous effects wherever they reign(ed) save the nazis were better dressed and groomed as a rule.

"neo nazi" and muslim are simply the opposite sides of the same coin.
Reply · Share

**David**  6 minutes ago
Sounds like a win-win for humanity. 2 dead Nazis and a Muslim locked away for the rest of his life.
Reply · Share

**abby1**  11 minutes ago
Wow! I did not see that twist coming. I know earlier today a few people commented that this involved a Muslim and Nazis. I just thought they were kidding.



**abby1**  11 minutes ago
Wow! I did not see that twist coming. I know earlier today a few people commented that this involved a Muslim and Nazis. I just thought they were kidding.
Reply · Share

**doctorOB1970**  14 minutes ago
A white supremacist turned Musliim? Sounds pretty sane to me
Re · Sh

None of us here on IronMarch knew **Jeremy Himmelman** and **Andrew Oneshuk**, however they very well might have saved the lives many more lives from this Muslim terror plot by an unhinged, duplicitous scumbag. This was a tragedy that could have been avoided, but they died as heroes who stood for their brothers - we salute them and honor their memory. We offer our condolences to their families and friends, and we encourage all comrades worldwide to donate to the Jeremy Himmelman funeral fund.

None of us here on IronMarch knew **Jeremy Himmelman** and **Andrew Oneshuk**, however they very well might have saved the lives many more lives from this Muslim terror plot by an unhinged, duplicitous scumbag. This was a tragedy that could have been avoided, but they died as heroes who stood for their brothers – we salute them and honor their memory. We offer our condolences to their families and friends, and we encourage all comrades worldwide to donate to the Jeremy Himmelman funeral fund.



What we must do now is make sure that their act is neither forgotten nor wasted, and do everything we can to prevent Devon from taking another one of our brothers from us, who is now held hostage by the System. The



What we must do now is make sure that their act is neither forgotten nor wasted, and do everything we can to prevent Devon from taking another one of our brothers from us, who is now held hostage by the System. The System and its media lapdogs are actively trying to paint this **unprecedented** event, **a Muslim terror attack against National Socialists**, as them *"exposing"* a supposed *"neonazi terror ring"*, staging a witch hunt against the victims of this tragedy. These lies will not stand.

The only just outcome in all of this, is for Odin to be released, cleared of all charges, and for Devon and his posse to face the death penalty - nothing else will do.

The harder the storm rages against us, the clearer will all see our banner - **SIEG HEIL!**

95 people like this



**Александр Славрос**  ✪ 14,121
The Adminship
7,211 posts

User Profile: Odin (Quarantine)
URL: www.ironmarch.org/index.php?/profile/7600-odin/
Misc: 1,786 Posts, 23 Followers, Joined: March 21, 2014, Last Visited May 18, 2017  Location: Greater Bahamian Empire, Atomwaffen Division Leader





**Ironmarch.org/Atomwaffen Division Mission Statement**

Atomwaffen Mission Statement

Posted by User:  Odin

Date: October 12, 2015



This is a thread I should have made long ago. The ATOMWAFFEN DIVISION is a group comprised of many members, and has been many years in the making, at least 3 years. Our exact numbers are not to be talked about too publicly but we are over 40 members strong. Large concentration Florida, various smaller chapters throughout the US, such as Chicago, Texas, and New England, Boston, New York, Kentucky, Alabama, Ohio, Missouri, Oregon, Virginia, and a few others.



Now, what are we and what do we do?

We are very fanatical, ideological band of comrades who do both activism and militant training. Hand to hand , arms training, and various other forms of training. As for activism, we spread awareness in the real world through unconventional means. [keyboard warriorism is nothing to do with what we are.]

We also do hunting, adventuring, and a group favorite is urban exploring.

We have various specialists in the group ranging from many occupations.

Joining us means serious dedication not only to the Atomwaffen Division and its members, but to the goal of ultimate uncompromising victory. With this means only those willing to get out on the streets, in the woods, or where ever we maybe in the world and work together in the physical realm. As stated earlier, no keyboard warriorism, (we do however do alot of hacking, you won't hear about this though) if you don't want to meet up and get things done don't bother.



**Subject Text Data posted to Ironmarch.org/Atomwaffen Division**
Username: Odin

May 13, 2017



May 9, 2017



May 3, 2017



May 2, 2017



April 18, 2017 (in reference to Odin/Atomwaffen Recruitment)



March 25, 2017



March 1, 2017



**Odin**   Posted March 1

Resident Spongebob

> On 3/1/2017 at 9:59 AM, ned_kelly said:
>
> I'm interested in joining and was wondering is there any reading or other requirements that I need to complete first.

SIEGE

February 18, 2017



**Odin**   Posted February 18

Resident Spongebob

Updated the OP of this thread with our youtube channel, also removed the old florida propaganda we had on it because there is a dedicated thread for it.

4 people like this

December 12, 2016



**Odin**   Posted December 12, 2016

Resident Spongebob

> On 12/12/2016 at 2:06 AM, Deutsches_Vaterland said:
>
> How does one join Atom Waffen?

PM me and we can talk about doing an interview.

December 9, 2016



September 18, 2016



September 7, 2016



June 12, 2016



**Odin**

Resident Spongebob

Posted June 12, 2016

I'm back. There was some nonsense but everything is smooth sailing and revving on full throttle. There are BIG things to come. We have many plans for the near future.

ATOMWAFFEN DIVISION LEADS THE WAY!

Hail victory.

January 2, 2016



**Odin**

Resident Spongebob

Posted January 2, 2016

We are now in contact with Misanthropic Division. This will go places.

December 9, 2015



**Odin**

Resident Spongebob

Posted December 9, 2015

PM me and we will talk.

November 16, 2015



**Odin**

Posted November 16, 2015

Resident Spongebob

> **On 11/15/2015 at 4:17 PM, Favela Krieg said:**
>
> Just met this kid from Jupiter, are y'all interested in recruiting him?

get him to make an account here with intro thread. Will contact him from here. We need more guys in that particular region too.

Very mischievous weekend.

October 13, 2015



**Odin**

Posted October 13, 2015

Resident Spongebob

New recruits are not just sign up and boom you're in. Vetting process is something that weeds out spooks. Also very careful consideration is taken when recruits are above certain age.

October 12, 2015



**Odin**

Posted October 12, 2015

Resident Spongebob

> **On 10/12/2015 at 5:57 PM, Jungkonservative said:**
>
> What part of Florida are you guys in?

All over Florida, concentrations in central and southern Florida.

April 18, 2017







March 26, 2017



February 2, 2017



January 23, 2017



January 16, 2017





Celebrating the Florida Chapter leader's birthday. Fun at the range then nice restaurant. Unfortunately not all of the Florida chapter members could make it, Florida i bigger than it looks.



December 9, 2016






March 27, 2016









March 1, 2016





February 28, 2016





February 6, 2016






November 16, 2015



November 10, 2015





**WordPress.com/Atomwaffen Division**
"AWD Statement"
References the name 'Brandon.'





GET THE FUCKING KNIFE

⚛ THE ATOMWAFFEN
DIVISION
— FIND US AT IRONMARCH.ORG —

This is a statement from the Atomwaffen Division in regards to recent events concerning members of the Florida chapter and the race traitor Devon Arthurs. By now, you've heard the bullshit media stories, the "speculations", the stupid internet comments. Most of them ranging from the completely retarded to the absolutely absurd. So, the purpose of this statement is to give the FACTS of what happened in Tampa. FACTS that you likely will not have reported to you by the media.

media.

- Brandon and Devon had known each other for a time. (a few years)

- Brandon and Devon lived together.

- Brandon helped form the Atomwaffen Division, Devon joins.

- Devon later became involved with Islam and self-converted.

- Devon became more radicalized over time, this probably accelerated by the fact that he was disclosed as a race traitor and alienated by other members of the Atomwaffen Division for adopting a racially alien ideology.

- Brandon doesn't want to abandon his friend of years, thus he remains Devon's friend, roommate, and his involvement with Atomwaffen Division continues.

- Andrew and Jeremy, for reasons inconceivable to the rest of Atomwaffen Division, decide to move in with Brandon and Devon (probably due to reassurance from Brandon and their friendship with him, and them not knowing the extent of Devon's Islamic fuckery).

- Devon finally shows his true colors as a race traitor and a true Islamic believer and murders both Andrew and Jeremy in cold blood when the two discover that

from Brandon and then friendship with him, and then not knowing the extent of Devon's Islamic fuckery).

- Devon finally shows his true colors as a race traitor and a true Islamic believer and murders both Andrew and Jeremy in cold blood when the two discover that Devon had plans to murder certain members of the Atomwaffen Division. Yes, Devon had plans to kill other members of the Atomwaffen Division as well. His plan being exposed by Andrew and Jeremy lead to Devon panicking and forced him to prematurely carry out his treasonous plans. Other ways of carrying out these plans included Devon attending a planned summer visit to the firing range with his "comrades" in Atomwaffen Division and subsequently turning the guns on them, as well as blowing up a planned meeting of Atomwaffen Division members in Detroit later this year. Andrew and Jeremy found out about this, tried to sit him down as a friend and confront him about it, and were murdered because of it when Devon panicked.

Atomwaffen Division has several hundred members and is based on local chapters (hence "Join your local Nazis" on the flyers), meaning that each chapter tends to keep to itself without a central leadership. As you can see, certain members of the Florida chapter exercised a seriously poor judgment when they

tolerated the presence of not only a muslim, whose Islamic ideas are completely to the contrary of our own, but an unhinged psychopath who took the lives of two people that he himself had once called his friends. And now the motherfucker in question, Devon Arthurs, is currently in police custody and is telling lies about Brandon, and the Atomwaffen Division in general. Brandon is now in federal custody and as of yet cannot say a word to defend himself while the media speculates and distorts the facts per usual.

As for there being other muslims in the Atomwaffen Division, that's not the case. The only "muslims" that happened to be in Atomwaffen Division were whatever idiots that Devon happened to manipulate with his islamic bullshit and sympathized with him (e.g. he even "converted" one of said idiots over a gaming session of MINECRAFT....). You see, Devon was quite a manipulative individual and managed to pull the wool over the eyes of some of the more gullible members. The more important members all wanted Devon OUT but he remained due to Brandon's good (and unfortunately naïve) nature and him not wanting to abandon his friend. Devon's ass-licking, nut-swinging "muslim" sympathizers have been thoroughly purged and Atomwaffen Division has a zero-tolerance policy for muslims, considering that Islam is completely contrary to even the most fundamental ideas of the Atomwaffen Division.

As far as Brandon's "plans" to carry out "terrorist attacks"... to the knowledge of

As far as Brandon's "plans" to carry out "terrorist attacks"... to the knowledge of the rest of the Atomwaffen Division, there were NONE. None whatsoever. Brandon is a science geek, in fact a Nuclear Physics student and at one point a STEM major before he joined the National Guard, and there are various videos of him doing science experiments floating around on YouTube that can demonstrate this ( https://youtu.be/NnwfNMrjazA , https://youtu.be/OPzwoixwDsI ). That could explain the presence of the "explosive materials" found in the apartment. Andrew and Jeremy sure as hell had no plans to do anything like this either, knowing them like we did (and we knew them well). Devon, on the other hand... well, judging from his actions, we wouldn't put it past him that he would be involved in something like that, unbeknownst to us. Considering that he had plans to blow up the fuck up, the "bomb-making materials" likely belonged to him. Now, while Brandon is muffled in federal custody, the lying rice traitor Devon Arthurs is trying to spin what happened as if his killing of Jeremy and Andrew was done to "to prevent domestic terror attacks". The same scumbag who openly supports ISIS and held hostages in a smokeshop after killing two of his "friends" is now, as he says, "trying to prevent domestic terror attacks". I guess the reality of the situation has finally kicked in, hasn't it, Devon? You know that you are completely and utterly FINISHED and now you'll say anything to get out of the shit hole that you've dug for yourself. We'll see how well that works for you.

and utterly FINISHED and now you'll say anything to get out of the shit hole that you've dug, for yourself. We'll see how well that works for you.

No, the Atomwaffen Division has no plans at all to "carry out domestic terror attacks". That was never part of our agenda. The fact of the matter is that this society that we live in is L-O-S-T, it is already collapsing and falling apart as we speak, and the Atomwaffen Division will not and does not have to do SHIT to aid this imminent collapse. What Atomwaffen Division does is to spread OUR ideas and to gather ourselves in brotherhood, like a fraternity of a National Socialist sort, so that we can survive and be around to rebuild a society based on our healthy ideals when the degenerate society in which we are currently prisoners collapses under the weight of its own bullshit.

Naturally, we see the usual dumb-assed comments from the lemmings, the "normies", the brainwashed sheeple, who think they have some concept about our beliefs, our worldview, our individual personalities, and so forth. Some of them going so far as to praise the deaths of Andrew and Jeremy, who are not only HEROES, but our comrades, our friends, and shining examples of European men. A sign of the times we live in, when people of the same European race praises the deaths of members of their own folk for defending their race and heritage (a.k.a. being a "neo-Nazi")! We look upon these comments not only with disgust, but also a sardonic smile. You untermenschen are only a further inspiration to our

being a "neo-Nazi")! We look upon these comments not only with disgust, but also a sardonic smile. You untermenschen are only a further inspiration to our organization. You'll be the first ones that Mother Nature culls and removes from the gene pool when the pendulum swings the other way and She reclaims what is Hers. You will be forgotten when we rebuild.

On the other hand, we have also received numerous messages of support for which we are very grateful. Thank you. Particularly, thank you to **IronMarch.org** and **the Daily Stormer** for standing by us through this clusterfuck of a situation.



We stand by and support our comrade Brandon in his legal battle. Rest in peace, Andrew Oneschuk and Jeremy Himmelman. You will be remembered as heroes of our race.

We press on. Hail victory!

– Atomwaffen Division

**SHARE THIS:**

Twitter | Facebook | Google