**U.S. District Court**
**Middle District of Florida**
**Tampa Division**

## GOVERNMENT EXHIBIT

Exhibit No.: 20

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 13 2017

Date Admitted: JUN 13 2017

# 2017-2018 Florida Resident Game and Furbearer Hunting Season Dates and Bag Limits

*Seasons, dates and bag limits do not apply to wildlife management areas.*

| Species | Zone/statewide | Season dates | | | | Bag limits |
|---|---|---|---|---|---|---|
| | | Archery Season (A) (2) | Crossbow Season (C) (2) | Muzzleloading Gun Season (M) | General Gun Season (D) | |
| Deer (1)<br><br>Must have $5 Deer Permit as well as hunting license to hunt deer. | Zone A | Jul. 29 – Aug. 27<br>Antlered deer by bow or crossbow<br><br>Antlerless deer by bow or crossbow:<br>DMU A1: Antlerless deer may not be taken<br>DMU A2: Jul. 29 – Aug. 6<br>DMU A3: Jul. 29 – Aug. 13 | Jul. 29 – Sept. 1<br>Antlered deer by crossbow or bow<br><br>Antlerless deer by crossbow or bow:<br>DMU A1 – Antlerless deer may not be taken<br>DMU A2 – Jul. 29 – Aug. 6<br>DMU A3 – Jul. 29 – Aug. 13 | Sept. 2-15<br>Antlered deer only by muzzleloader, crossbow or bow | Sept. 16 – Oct. 15 and Nov. 18 – Jan. 7<br>Antlered deer by all legal centerfire rifles and pistols, shotguns, muzzleloaders, crossbows and bows.<br><br>For antlerless deer season dates, see *Deer Management Unit pages* for Zone A. | During Archery Season and first phase of Crossbow Season, daily bag limit is: 2 deer, either of which can be antlered or antlerless. However, antlerless deer may not be taken in DMU A1.<br><br>During Antlerless Deer Season, daily bag limit is: 2 deer, only 1 of which may be antlerless. However, there is no antlerless deer season in DMU A1.<br><br>During all other seasons (including second phase of Crossbow Season), daily bag limit is 2 antlered deer, and antlerless deer may be taken by antlerless deer permit only.<br><br>Possession limit: 4 deer |
| | Zone B | Oct. 14 – Nov. 12<br>Antlered or antlerless deer by bow or crossbow | Oct. 14 – Nov. 12<br>Antlered or antlerless deer by crossbow or bow<br><br>Nov. 13-17<br>Antlered deer only by crossbow or bow | Nov. 18 – Dec. 1<br>Antlered deer only by muzzleloader, crossbow or bow | Dec. 2 – Feb. 18<br>Antlered deer by all legal centerfire rifles and pistols, shotguns, muzzleloaders, crossbows and bows.<br><br>For antlerless deer season dates, see *Deer Management Unit pages* for Zone B. | |
| | Zone C | Sept. 16 – Oct. 15<br>Antlered or antlerless deer by bow or crossbow | Sept. 16 – Oct. 15<br>Antlered or antlerless deer by crossbow or bow<br><br>Oct. 16-20<br>Antlered deer only by crossbow or bow | Oct. 21 – Nov. 3<br>Antlered deer by muzzleloader, crossbow or bow.<br><br>In DMU C5, antlerless deer also may be taken Oct. 21-22 by muzzleloader, crossbow or bow. | Nov. 4 – Jan. 21<br>Antlered deer by all legal centerfire rifles and pistols, shotguns, muzzleloaders, crossbows and bows.<br><br>For antlerless deer season dates, see *Deer Management Unit pages* for Zone C. | |
| | Zone D | Oct. 21 – Nov. 22<br>Antlered or antlerless deer by bow or crossbow | Oct. 21 – Nov. 22<br>Antlered or antlerless deer by crossbow or bow<br><br>Nov. 27 – Dec. 1<br>Antlered deer only by crossbow or bow | Dec. 2-8 and Feb. 19-25<br>Antlered deer by muzzleloader, crossbow or bow.<br><br>In DMU D2, antlerless deer also may be taken Dec. 2-3 by muzzleloader, crossbow or bow. | Nov. 23-26 and Dec. 9 – Feb. 18<br>Antlered deer by all legal centerfire rifles and pistols, shotguns, muzzleloaders, crossbows and bows.<br><br>For antlerless deer season dates, see *Deer Management Unit pages* for Zone D. | |
| Fall turkey (gobblers and bearded turkeys only) (T) | Zone A | Jul. 29 – Aug. 27<br>by bow or crossbow | Jul. 29 – Sept. 1<br>by crossbow or bow | Sept. 2-15<br>by muzzleloader, crossbow or bow | **Fall Turkey Season**<br>Oct. 9-15 and Nov. 18 – Jan. 7<br>by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | Daily bag limit: 2 |
| | Zone B | Oct. 14 – Nov. 12<br>by bow or crossbow | Oct. 14 – Nov. 17<br>by crossbow or bow | Nov. 18 – Dec. 1<br>by muzzleloader, crossbow or bow | Dec. 2 – Jan. 28<br>by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | |
| | Zone C | Sept. 16 – Oct. 15<br>by bow or crossbow | Sept. 16 – Oct. 20<br>by crossbow or bow | Oct. 21 – Nov. 3<br>by muzzleloader, crossbow or bow | Nov. 4 – Dec. 31<br>by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | |

| | Zone D (3) | Oct. 21 – Nov. 22 by bow or crossbow | Oct. 21 – Nov. 22 and Nov. 27 – Dec. 1 by crossbow or bow | Dec. 2-8 by muzzleloader, crossbow or bow | Nov. 23-26 and Dec. 9 – Jan. 14 by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | Season and possession limit: 2 for all fall seasons combined |
|---|---|---|---|---|---|---|
| **Gray squirrel (D)** | Zone A | Jul. 29 – Aug. 27 by bow or crossbow | Jul. 29 – Sept. 1 by crossbow or bow | Sept. 2-15 by muzzleloader, crossbow or bow | Oct. 14 – March 4 by all legal rifles, shotguns, air guns, muzzleloaders, crossbows, bows and pistols | Daily bag limit: 12  Possession limit: 24 |
| | Zone B | | | | Oct. 14 – March 4 by all legal rifles, shotguns, air guns, muzzleloaders, crossbows, bows and pistols | |
| | Zone C | Sept. 16 – Oct. 13 by bow or crossbow | Sept. 16 – Oct. 13 by crossbow or bow | | Oct. 14 – March 4 by all legal rifles, shotguns, air guns, muzzleloaders, crossbows, bows and pistols | |
| | Zone D | | | | Oct. 14 – March 4 by all legal rifles, shotguns, air guns, muzzleloaders, crossbows, bows and pistols | |
| **Quail (D)** | Zone A | Jul. 29 – Aug. 27 by bow or crossbow | Jul. 29 – Sept. 1 by crossbow or bow | Sept. 2-15 by muzzleloader, crossbow or bow | Nov. 11 – March 4 by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | Daily bag limit: 12  Possession limit: 24 |
| | Zone B | Oct. 14 – Nov. 10 by bow or crossbow | Oct. 14 – Nov. 10 by crossbow or bow | | Nov. 11 – March 4 by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | |
| | Zone C | Sept. 16 – Oct. 15 by bow or crossbow | Sept. 16 – Oct. 20 by crossbow or bow | Oct. 21 – Nov. 3 by muzzleloader, crossbow or bow | Nov. 11 – March 4 by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | |
| | Zone D | Oct. 21 – Nov. 10 by bow or crossbow | Oct. 21 – Nov. 10 by crossbow or bow | | Nov. 11 – March 4 by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | |
| **Spring turkey (gobblers and bearded turkeys only) (4)** | South of State Road 70 | **Youth Spring Turkey Hunt** (5) Feb. 24-25 by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | **Spring Turkey Season** (T) March 3 – April 8 by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | | | Daily bag limit: 2  Season and possession limit: 2 for spring season  In **Holmes County**, the daily bag and season limit is 1 |
| | North of State Road 70 | March 10-11 by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | March 17 – April 22 by all legal rifles, shotguns, muzzleloaders, crossbows, bows and pistols | | | |
| **Rabbit** | Statewide | **Year round** by all legal rifles, shotguns, air guns, muzzleloaders, crossbows, bows and pistols (D) | | | | Daily bag limit: 12  Possession limit: 24 |
| **Wild hog** | Statewide | **Year round** by all legal rifles, shotguns, muzzleloaders, crossbows, bows, pistols and air guns. Hunting license not required. Wild hogs also may be trapped but cannot be transported alive without permit from the Florida Dept. of Agriculture at 850-410-0900. (D) | | | | No limit |

| Species | Area | Season/Methods | Regulations | Bag limit |
|---|---|---|---|---|
| Bobcat (D)(F) | Statewide | Dec. 1 – March 31 by all legal rifles, shotguns, muzzleloaders, crossbows, bows, pistols and air guns | Those with a hunting license may possess no more than 1 bobcat pelt between April 1 and Nov. 30, unless pelt has CITES tag. Also, bobcat pelts may not be taken out of Florida unless tagged. Bobcats may be chased with dogs year round. | No limit |
| Otter (F) | Statewide | Dec. 1 – March 1 by all legal rifles, shotguns, air guns, muzzleloaders, crossbows, bows and pistols | Those with a hunting license may possess no more than 1 otter pelt between April 1 and Nov. 30, unless pelt has CITES tag. Also, otter pelts may not be taken out of Florida unless tagged. | No limit |
| Raccoon, opossum, coyote, beaver, skunk, nutria | Statewide | Year round by all legal rifles, shotguns, air guns, muzzleloaders, crossbows, bows and pistols (D)(F) | Hunting raccoons or opossums at night is allowed, but only .22-caliber rimfire firearms (other than .22-magnums) or single-shot .410-gauge shotguns (using shot not larger than size 6) may be used. Hunting raccoons or opossums by displaying or using lights from moving vehicles, vessels or animals is prohibited. It is illegal to transport wild-trapped live raccoons within, into or from the state, except by FWC permit or authorization. | No limits on any species |
| Deer-dog training | Zone A | Aug. 12 – 31 | Those with a hunting license may train or toughen free-running deer dogs on private property during daylight hours, after first registering (at no cost) the tract of land with the FWC. While training, all deer dogs must have their FWC-issued registration number, along with the owner's name and address on their collars. Copies of the registration must be in the hunter's possession when training deer dogs. | |
| | Zone B | Oct. 28 – Nov. 16 | | |
| | Zone C | Sept. 30 – Oct. 19 | | |
| | Zone D | Oct. 28 – Nov. 16 | | |

(A)   Must have $5 Archery Season Permit as well as hunting license. It is prohibited to use bows equipped with sights or aiming devices with electronic computational capabilities or light (laser) projection during Archery Season.

(C)   Must have $5 Crossbow Season Permit as well as hunting license.

(M)   Must have $5 Muzzleloading Gun Season Permit as well as hunting license. The only muzzleloaders that can be used during Muzzleloading Gun Season are those that are fired by wheel lock, flintlock, percussion cap or centerfire primer (including 209 primers). Muzzleloaders that can be loaded from the breech are not legal during Muzzleloading Gun Season.

(D)   Free-running dogs may be used for hunting but must wear collars listing the owner's name and address. When using dogs to hunt deer on private property, hunters must first register with the FWC (at no cost) the tract of land they have permission to hunt, and all deer dogs must have their FWC-issued registration number on their collars. Copies of the registration also must be in hunter's possession when using dogs to pursue deer.

(T)   Must have Turkey Permit ($10 for residents, $125 for nonresidents) as well as hunting license to hunt turkeys.

(F)   A trapping license ($26.50) is required when trapping furbearers and when selling the pelts or meat of furbearing mammals, whether taken by trap, snare or gun. For trapping regulations and CITES tag requirements, see page 26.

(1)   The state is divided into 12 Deer Management Units (DMUs); each with their own unique set of antler regulations on what is legal to take. See *Deer Management Unit pages* for antler regulations and antlerless deer dates in the areas you hunt.

(2)   **Antlerless deer** – Deer (except spotted fawns) that do not have antlers or have antlers less than 5 inches in length. It is illegal to take spotted fawns.

(3)   In Holmes County, there is no fall harvest of turkeys allowed.

(4)   When hunting wild turkeys during the spring season on wildlife management areas, only shotguns and muzzleloading shotguns using shot no larger in diameter than No. 2 may be used. Bows and crossbows, where allowed, also may be used. All rifles, pistols, buckshot and slugs are prohibited. This rule does not apply on private lands.

(5) Only youth 15-years-old and younger are allowed to harvest a turkey while supervised by an adult, 18 years or older. However, adult supervisors with a hunting license and turkey permit are allowed to "call in" the turkey and otherwise participate in the hunt, but they are not permitted to harvest one. Any turkey harvested during the Youth Spring Turkey Hunt counts toward the youth hunter's spring season limit of 2.



**Florida Fish and Wildlife Conservation Commission**

Ask FWC   About   Contact   News   Calendar   Get Involved   Sign Up   Home

Fishing   Boating   Hunting   Licenses & Permits   Wildlife Viewing   Wildlife & Habitats   Research   Education   Conservation

Home : Hunting : Season Dates & Bag Limits : Hunting Zones Map

# Hunting Zones Map

- Regulations
- New Hunter
- WMA Brochures
- Limited Entry/Quota Hunts
- Season Dates & Bag Limits
  - Hunting Zones Map
  - Waterfowl and Migratory Birds
- Safety & Education
- Persons with Disabilities
- Outfitters & Guides
- By Species
- Outta' the Woods
- Youth Opportunities
- Misc. Hunting Links
- Opened/Closed Areas
- WMA Harvest Reports
- Public Shooting Ranges



**FWC Facts:**
Black bear cubs stay with their mother for a year and a half, and will usually den with her their first winter.

Learn More at AskFWC



Get FWC News Feeds

Copyright 1999-2017 State of Florida
• Technical Help • EEO/AA/ADA • Privacy Statement • Advertising Statement & Disclaimer • Site Map

Florida Fish and Wildlife Conservation Commission • Farris Bryant Building



Pursuant to section 120.74, Florida Statutes, the Fish and Wildlife Conservation Commission has published its 2016 Agency Regulatory Plan.



Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing..

Employee Resources (Password required)
Intranet Portal | Outlook E-Mail | Retiree Info
Disaster Information for FWC Employees

620 S. Meridian St. • Tallahassee, FL
32399-1600 • (850) 488-4676