





**U.S. District Court**
**Middle District of Florida**
**Tampa Division**

**GOVERNMENT EXHIBIT**

Exhibit No.: 23

Case No.: 8:17-cr-283-T-24JSS

UNITED STATES OF AMERICA

vs.

BRANDON CLINTON RUSSELL

Date Identified: JUN 13 2017

Date Admitted: JUN 13 2017

---

From:
Rocket City Chemical

1035 Putman Dr NW
Suite B
Huntsville, AL 35816
(256) 715-1506

Ship Date: 09OCT15
ActWgt: 25.00 LB
CAD: 105429777/WSXI275

TO brandon russell

55292 HOLLY KOSOVE

TAMPA, FL 33620

Ref:
INV:
PO:                                         Dept:

(US)

1 of





