## NOTIFICATION OF EXHIBITS TO EXHIBIT CLERK

**CASE NO:**          8:17-cr-283-T-24JSS

**CASE STYLE:**      USA v. Brandon Clint Russell

**DATE EXHIBITS PLACED IN THE EXHIBIT ROOM:**      6/14/2017

**TYPE OF HEARING**      ☐ Motion hearing   **X** Evidentiary hearing

☐ Change of Plea   ☐ Sentencing

☐ Jury Trial   ☐ Bench Trial

☐ Other  (Type of hearing)

**Total Number of Video Tapes:  7**

**COURTROOM DEPUTY:**      Lisa Bingham