**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

                              CASE NO. 8:17-CR-283-T-24JSS

vs.

BRANDON RUSSELL,

      Defendant.

_____/

**DEFENDANT'S MOTION TO SEAL VIDEO CLIP EXHIBITS
FROM PRETRIAL DETENTION PROCEEDINGS**

    COMES NOW  the the Defendant, BRANDON RUSSELL, by and through his undersigned counsel, who would herey move this Honorable Court to seal and not release the video clips played by the Government during the hearing before this Court on June 13, 2017, and in support thereof would show as follows:

    1.    On June 13, 2017, during a continuation of the detention and bond hearings in this matter, the Government introduced into evidence seven (7) video clips of an interview of Devon Arthurs.

    2.    Mr. Arthurs is an admitted double murderer, who made extremely inflammatory, inaccurate, and purely fabricated allegations about the defendant, Brandon Russell in said video clips.

    3.    Defense counsel had no opportunity to cross-examine Mr. Arthurs, in order to demonstrate the complete lack of credibility of his statements.

    4.    If these video clips are released, they will most certainly be played by the media. As this Court is aware, this case is receiving extensive media attention nationwide.

5. The release of these video clips will serve to severely prejudice the defendant and interfere with his ability to receive a fair trial in a court of law, as opposed to in the media.

6. Once released, there is no remedy which could undo the harm caused to the defendant.

WHEREFORE, based upon the foregoing, the defendant opposes the release of the video clip exhibits referenced above and would respectfully move this Honorable Court to enter an Order SEALING said clips until after further order of the court, and under no circumstances before this matter is tried before a jury in a court of law.

## CERTIFICATE OF SERVICE AND FILING

I HEREBY CERTIFY that the foregoing has been electronically filed and served on all parties via CM/ECF on the 14th day of June, 2017.

GOLDSTEIN & JETTE, P.A.
Attorneys for Defendant Brandon Russell
500 South Australian Avenue, Ste. 720
West Palm Beach, Florida 33401
Tel: (561) 659-0202
Email: ijg@goldsteinjette.com

*/s/ Ian J. Goldstein*
IAN J. GOLDSTEIN
Fla. Bar. No. 0085219