**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No. 8:17-cr-283-T-24JSS**

**BRANDON CLINT RUSSELL,**

    **Defendant.**
_____/

**O R D E R of DETENTION**

The Court's Order of June 9, 2017, (Doc. 18) is **vacated**. At present, the Government proffers sufficient evidence for a finding that Defendant poses a risk of harm to others should he be released. In light of the evidence now before the Court: the explosive matters collected at Defendant's residence by Defendant, his fatuous explanation for the same, Defendant's and his associate's purchase of an assault style rifle and a hunting rifle along with hundreds of rounds of ammunition and high volume magazines very shortly after his initial confrontation by the police is highly troubling. *See* Exhibits 8-10,16-17. Photos showing the new fuses that were constructed during this time and seized at Defendant's arrest have no apparent innocent explanation and thus reflect threatening intentions by Mr. Russell as well. *See* Exhibit 18. The militant nature of the photographs in "Oden's" posts also reveal a potential for a violent confrontation. *See* Exhibit 19. Upon further consideration, I am obliged to conclude that Defendant's actions in response to the discovery of the explosive materials and ongoing investigation cast doubts on suggestions of Defendant's innocent intentions.

As for the post-arrest statement by Devon Arthurs as such relates to the intentions of

Defendant and his associates to engage in destructive and potentially life-threatening activities, despite concerns with the veracity of the whole of the statement, it cannot be ignored.  To be sure, the video clips presented evidence a troubled individual, a rambling and disjointed mind set, and attempts by Mr. Arthurs to rationalize or justify his unconscionable killing of two people.  They also show his efforts to deflect law enforcement's attentions away from himself and toward Defendant and the group he allegedly leads.  In short, Arthurs' credibility is subject to close scrutiny by the Court.  Moreover, the Court is troubled by the lack of corroboration offered by the Government to support the statements.  While Arthurs maintains that there exists evidence of Defendant's threatening communications in Defendant's "chats" and personal messages, such remains wholly uncorroborated nearly one month after the Government began its investigation. Nonetheless, Arthurs' statements of potential harm appear consistent with what has been revealed so far about the Defendant and the lifestyle he engaged in.  Consistent with other circumstances, Defendant is placed at the head of a small Neo-Nazi group with a militant bent, armed for violent confrontations, and capable of executing on plans to harm others or destroy property.  Thus, the Court finds sufficient evidence to reverse its prior order and to conclude, at present, that Defendant poses a danger to another, including Mr. Arthurs, or the community should he be released.  Accordingly, the Defendant is ordered **detained**.  Should the Government discover upon further investigation that Arthurs has lied or otherwise mislead law enforcement and the prosecution, such shall be promptly disclosed to the Defendant and to this Court.  Leave is granted to Defendant to revisit this order upon subsequent motion should circumstances warrant.

      The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall

be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**Done and Ordered** in Tampa, Florida this 14th day of June, 2017.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE