**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:17-cr-283-T-24TBM | **DATE:** | June 14, 2017 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA v. BRANDON CLINT RUSSELL | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL** Josephine Thomas and Dan George, AUSA | |
| | | **DEFENSE COUNSEL** Ian Goldstein - via telephone  Alison Steele, Esq. - Tampa Bay Times | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 4:02 p.m. - 4:20 p.m. | **TOTAL:** 18 min. | **COURTROOM:** | 12B |

**PROCEEDINGS:    MOTION HEARING**

Mr. Goldstein appears by telephone.

Marisela Burgos with ABC Action News is present and has requested copies of the video clips.

The Court hears oral argument from Attorney Alison Steele with the Tampa Bay Times, and hears oral argument from counsel re: Defendant's Motion to Seal Video Clip Exhibits (Doc. 30).

Legal memos due by 3:00 pm Friday, June 16, 2017.