**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

                          CASE NO. 8:17-cr-00283-SCB-JSS

vs.

BRANDON RUSSELL,

       Defendant.

_____/

**NOTICE OF UNAVAILABILITY**

The undersigned attorney, Ian J. Goldstein, Esq., shall be unavailable **Monday, July 24, 2017 through Monday, July 31st, 2017 4, 2006**. It is respectfully requested that no hearings or depositions be scheduled during this time; no motions or any other pleadings be filed which require a timely response during this time; and that pending matters remain in status quo during this period of time, save and except for legitimate emergencies.

**CERTIFICATE OF SERVICE AND FILING**

I HEREBY CERTIFY that the foregoing has been electronically filed and served on all parties via CM/ECF on the 9th day of June, 2017.

                                        GOLDSTEIN & JETTE, P.A.
                                        Attorneys for Defendant Brandon Russell
                                        500 South Australian Avenue, Ste. 720
                                        West Palm Beach, Florida 33401
                                        Tel: (561) 659-0202
                                        Email: ijg@goldsteinjette.com

                                        */s/ Ian J. Goldstein*
                                        IAN J. GOLDSTEIN
                                        Fla. Bar. No. 0085219