

June 14, 2017

Clerk of the court
US District Court
801 North Florida Avenue
Tampa, Florida 33602

Re: Case # 8:17 cr 283 T 24 JSS Brandon Russell

To Whom it May Concern:

This letter is request from WFTS-TV Action News for copies of video tapes released by the court in the above mentioned  case.

Thank you,

Victoria Benchimol
News Planning Editor

To: The Clerk of Courts (Middle District)

My name is Gloria Gomez, reporter for Fox 13 News. I am formally requesting a copy of the video clips(by Devon Arthurs) in the Brandon Russell case. Case #00283

I you need to reach me you can contact me by email, (gloria.gomez@foxtv.com) or wok cell 813-310-0428.

Respectfully,

Gloria Gomez
Fox 13 News

RECEIVED
2017 JUN 19 AM 10: 15
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Under Florida Law
I would like copies
OF Video exhibits 1-7
In the Case of
Brandon Russell

Jeff Patterson
WFLA -TV

Case  8:17 -CR-283-T
24 TBM

Phone
813 - 486 - 7448

Marisela

Burgos

(813) 245
4390
Cell

ABC Action

News

mArisela.
burgos
@Rfts.com