**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

                                   CASE NO. 8:17-CR-283-T-24JSS

vs.

BRANDON RUSSELL,

        Defendant.

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**
**AND NOTICES ADDRESSED IN THE PRETRIAL DISCOVERY ORDER**

        COMES NOW   the the Defendant, BRANDON RUSSELL, by and through his undersigned counsel, who would herey move this Honorable Court to extend the time period within which pretrial motions and notices must be filed in this matter, and in support thereof would show as follows:

        1.     Defendant was arraigned on the pending Indictment on June 8, 2017, at which time he entered pleas of Not Guilty as to all counts.

        2.     Also on June 8, 2017, U.S. Magistrate Judge Julie S. Sneed issued an order entitled Pretrial Discovery Order and Notice of Trial and Status Conference [D.E. 16].

        3.     Pursuant to the Court's Order, deadlines have been established for pretrial motions and notices related to specific defenses provided for in the Federal Rules of Criminal Procedure.

        4.     Counsel, despite due diligence, is not in a position to file said pretrial motions or provide said notice(s) to the Government concerning certain potential defenses in this matter by the currently established deadline, and is requesting additional time in order to complete a

thorough review of the Discovery so that the proper experts, if any, may be consulted.

5.      The undersigned counsel has discussed this matter with AUSA Josie Thomas, who has no objection to the instant request.

WHEREFORE, based upon the foregoing, defendant respectfully requests an extension of time until July 20, 2017 in order to file all pretrial motions and comply with all notice requirements and provisions outlined in paragraph VII of the pretrial order [D.E. 16].

<u>**CERTIFICATE OF SERVICE AND FILING**</u>

I HEREBY CERTIFY that the foregoing has been electronically filed and served on all parties via CM/ECF on the 27th day of June, 2017.

GOLDSTEIN & JETTE,  P.A.
Attorneys for Defendant Brandon Russell
500 South Australian Avenue, Ste. 720
West Palm Beach, Florida 33401
Tel: (561) 659-0202
Fax: (561) 659-0133
Email: ijg@goldsteinjette.com

*/s/ Ian J. Goldstein*
IAN J. GOLDSTEIN
Fla. Bar. No. 0085219