**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

                                        CASE NO. 8:17-CR-283-T-24JSS

vs.

BRANDON RUSSELL,

       Defendant.

_____/

**UNOPPOSED MOTION TO CONTINUE TRIAL**

       COMES NOW the the Defendant, BRANDON RUSSELL, by and through his undersigned counsel, who would herey move this Honorable Court to continue the currently scheduled trial in the above captioned cause, and in support thereof would show as follows:

       1.     Defendant is charged by in Indictment in the above captioned cause with possession of an unregistered destructive device, in violation of 18 U.S.C. §§ 5861(d) and 5871, in addition to unlawful storage of explosive material in violaion of 18 U.S.C. §§ 842(j) and 844(n).

       2.     This matter is currently scheduled for the trial period beginning August 7, 2017, and this case has not been previously continued.

       3.     The defendant has been ordered detained pending trial in this matter.

       4.     The undersigned counsel is requesting that this matter be continued from the current trial setting, as discovery in this matter is ongoing. Specifically, the Government has provided defense counsel with a significant amount of digital discovery, which the defense and its experts require additional time to review.

1

5.     For the reasons set forth above, the undersigned counsel cannot be properly prepared for trial in this matter as currently scheduled; and is respectfully requesting a continuance.

6.     The undersigned counsel has discussed this matter with AUSA Josie Thomas, who does not oppose the requested continuance.

7.     For the reasons set forth in this motion, the interests of both the defendant and the public in a speedy trial are outweighed by the need for a continuance in order to protect the defendant's right to a fair trial.  The defendant would agree that any time between the current and future trial dates is excludable under the Speedy Trial Act, and the defendant hereby affirmatively waives his right to a speedy trial through October 7, 2017.  Counsel will file a separate waiver of speedy trial should the court so require.

WHEREFORE, based upon the foregoing, the defendant respectfully requests that this Honorable Court grant a continuance of the currently scheduled trial in the above entitled cause.

## CERTIFICATE OF SERVICE AND FILING

I HEREBY CERTIFY that the foregoing has been electronically filed and served on all parties via CM/ECF on the 17th day of July, 2017.

GOLDSTEIN & JETTE, P.A.
Attorneys for Defendant Brandon Russell
500 South Australian Avenue, Ste. 720
West Palm Beach, Florida 33401
Tel: (561) 659-0202
Email: ijg@goldsteinjette.com

*/s/ Ian J. Goldstein*
IAN J. GOLDSTEIN
Fla. Bar. No. 0085219