UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERKS MINUTES - GENERAL**

---

CASE NO.  8:17-cr-283-T-24JSS　　　　　　DATE:  July 19, 2017

TITLE:  USA  v.  Brandon Clint Russell

Time:   9:57   -       10:07　　　　　　　　　Total:  .10

---

JUDGE: **SUSAN C. BUCKLEW**　　　　　COURTROOM DEPUTY:  Susan Saylor

COURT REPORTER:  Lynann Nicely

---

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| Josie Thomas | Ian Goldstein (via phone) |
|  | William Wallshein, Ret. |

PROCEEDINGS:  **CRIMINAL STATUS CONFERENCE**

---

Trial est: 1 week

Deft's Motion [49] to continue trial and his now waives speedy trial through November 2017

Possible plea

Govt has no objections

Oral order granting Deft's motion.  Pursuant to 18 U.S.C. 3161(h)(7)(A), the Court finds that the ends of justice are served by such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial; and this time is therefore, deemed EXCLUDED

Status conference set for: 9/20/17 @ 9:00 a.m., with Oct Trial term