UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERKS MINUTES - GENERAL**

CASE NO.  8:17-cr-283-T-24JSS                     DATE:  September 20, 2017

TITLE:  USA  v.  Brandon Clint Russell

Time:     9:41   -        9:45                              Total:  .04

JUDGE: **SUSAN C. BUCKLEW**                COURTROOM DEPUTY:   Susan Saylor

COURT REPORTER:  Melissa Pierson

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| Josie Thomas | Ian Goldstein (via phone  561-659-0202) |

PROCEEDINGS:   **CRIMINAL STATUS CONFERENCE**

Trial est: 3 days

possible open plea to be set before Mag Judge Sneed

Case to remain on the October trial calendar