# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## OCTOBER TRIAL CALENDAR

The following cases are set for trial during the term **commencing on Monday, October 2, 2017 at 9:00 a.m., in Courtroom 10B, Sam M. Gibbons United States Courthouse**[1], 801 N. Florida Avenue, Tampa, Florida, before **Judge Susan C. Bucklew**. The term will encompass the entire month. The cases are listed in the order in which they are intended to be tried -- although experience indicates that, for various reasons, cases may be called out of sequence. The names and phone numbers of all trial counsel, as well as any pro se litigants, are furnished so that the parties may keep themselves informed of the progress of the cases listed prior to their own. PLEASE NOTE: Cases appearing on this calendar are also subject to being tried by a Visiting Judge should such need arise.

\*\*\*    **CRIMINAL AND CIVIL JURY TRIALS: Five (5) days prior to jury selection**, proposed jury instructions, verdict forms, and *voir dire,* shall be filed with the Clerk of Court and served on opposing counsel. Failure to comply with this deadline may result in the imposition of sanctions, including denial as untimely of any submissions later made. In addition, please email a courtesy copy of your jury instructions and verdict form in Microsoft Word or WordPerfect format to Chambers at: **chambers_flmd_bucklew@flmd.uscourts.gov**. \*\*\*

\*\*\*    **CIVIL NON JURY TRIALS: Five (5) days prior to the beginning of trial**, trial briefs (if applicable) and proposed findings of fact and conclusions of law shall be filed with the Clerk of Court and served on opposing counsel. Failure to comply with this deadline may result in the imposition of sanctions. In addition, please email the proposed findings of fact and conclusions of law in Microsoft Word or WordPerfect format to Chambers at: **chambers_flmd_bucklew@flmd.uscourts.gov**.

Exhibit lists **and** witness lists shall be **electronically filed no later than the morning of trial**. In addition, a courtesy copy of the exhibit list and the witness list shall be emailed in Microsoft Word or WordPerfect format to Chambers at: **chambers_flmd_bucklew@flmd.uscourts.gov**. All exhibits are to be appropriately pre-marked, in accordance with the attached instructions. M.D.Fla. Rule 3.07. In addition, **a three- ring binder containing copies of all exhibits, properly pre-marked, shall be provided to the Courtroom Deputy Clerk** the morning of trial for the Court's use.

Counsel for defendants on bond shall notify those defendants when the case is called for trial and that their presence is required. Counsel shall notify the Court if an interpreter is required.

Counsel, as well as any *pro se* party, are reminded to advise the Court promptly of any development subsequent to the entry of this Order which would in any way affect the trial of a case. Settlements of civil jury trials announced to the Court any later than 12:00 p.m. on the Friday preceding the first day of trial may result in the imposition of juror costs. Pleas pursuant to plea agreements will not be accepted by the Court any later than 12:00 p.m. on the Friday preceding the first day of trial.

---

[1] Photo identification is required to enter the United States Courthouse. Cell phones and other electronics are prohibited except by members of the Bar and other governmental agencies as outlined in the Chief Judge's Order found at 6:13-mc-94-Orl-22.

| | CASE NO. 1 -- JURY TRIAL | | Est: 3-4 days |
|---|---|---|---|
| 8:17-cr-236-T-24TBM | | | |
| UNITED STATES OF AMERICA | | AUSA Kristen Fiore | (813)274-6000 |
| v. | | | |
| ERIC DUMOULIN (bond) | | AFPD Tamara Theiss | (813)228-2715 |

| | CASE NO. 2 -- -- JURY TRIAL | | Est: 3 days |
|---|---|---|---|
| 8:17-cr-251-T-24MAP | | | Change of plea set: 9/25/17 @ 10:00 a.m. |
| | | | Trial set Date certain : 10/23/17 @ 9:00 a.m. |
| UNITED STATES OF AMERICA | | AUSA Diego Novaes | (813)274-6000 |
| v. | | | |
| JESUS OCHOA (custody) | | Tim Bower-Rodriguez, CJA | (813)384-7555 |

| | CASE NO. 3 -- -- JURY TRIAL | | Est: 3 days |
|---|---|---|---|
| 8:17-cr-283-T-24JSS | | | Change of plea set: 9/27/17 @ 9:30 a.m. |
| UNITED STATES OF AMERICA | | AUSA Josie Thomas | (813)274-6000 |
| v. | | | |
| BRANDON CLINT RUSSELL (custody) | | Ian Goldstein, Ret. | (561)659-0202 |

| | CASE NO. 4 -- -- JURY TRIAL | | Est: 2 days |
|---|---|---|---|
| 8:17-cr-381-T-24JSS | | | Change of plea set: 9/25/17 @ 1:00 p.m. |
| UNITED STATES OF AMERICA | | AUSA Natalie Adams | (813)274-6000 |
| v. | | | |
| GERALD PATMON (bond) | | AFPD Adam Nate | (813)228-2715 |

| | CASE NO. 5 -- -- JURY TRIAL | | Est: 1-2 days |
|---|---|---|---|
| 8:17-cr-395-T-24JSS | | | Trial protected 1st two weeks |
| UNITED STATES OF AMERICA | | AUSA Francis Murray | (813)274-6000 |
| v. | | | |
| MARIA GUADALUPE MALDONADO (custody) | | AFPD Myra Cause | (813)228-2715 |

|  | CASE NO. 6 -- -- JURY TRIAL | Est: 2 days |
|---|---|---|
| 8:17-cr-413-T-24AEP | | |
| UNITED STATES OF AMERICA | AUSA Daniel Baeza | (813)274-6000 |
| v. | | |
| THOMAS PAUL STEPHENS (custody) | AFPD Nicole Hardin | (813)228-2715 |

|  | CASE NO. 7 -- -- JURY TRIAL | Est: 2 days |
|---|---|---|
| 8:17-cv-376-T-24AAS | | Jury Trial set date certain: 10/16/17 @ 9:00 a.m. |
| MELISSA A. MITCHELL | Aldo Bolliger, Esq | (813)425-2824 |
| v. | | |
| PRECEISION MOTOR CARS, INC., | Robert Shimberg, Esq.<br>Marie Borland, Esq. | (813)221-3900 |

|  | CASE NO. 8 -- -- BENCH TRIAL | |
|---|---|---|
| 8:15-cv-2690-T-24AAS | | |
| SELSO PALMA ULLOA, et al., | Gladys Ortega<br>Sara Mangan | (239)334-4554 |
| v. | | |
| FANCY FARMS, INC. | David Stefany<br>Matthew Stefany | (813)251-1210 |

**DONE AND ORDERED** at Tampa, Florida, this 20th day of September, 2017.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of record and any Pro Se Parties
    U. S. Marshal          U. S. Probation
    U. S. Attorney         Pretrial Services
    Federal Public Defender