UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-283-T-24JSS

BRANDON CLINT RUSSELL

**NOTICE OF MAXIMUM PENALTIES, ELEMENTS OF OFFENSE, PERSONALIZATION OF ELEMENTS AND FACTUAL BASIS**

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, Elements of Offense, Personalization of Elements and Factual Basis, stating as follows:

ESSENTIAL ELEMENTS

The essential elements of a violation of 26 U.S.C. § 5861(d), possession of an unregistered firearm, are as follows:

First: the defendant possessed a firearm, as defined by 26 U.S.C. §§ 5845(a) and (f); and

Second: the firearm was not registered to the defendant in the National Firearms Registration and Transfer Record.

The essential elements of a violation of 18 U.S.C. §§ 842(j), the unlawful storage of explosive material, are as follows:

First: the defendant knowingly stored explosives; and

> Second: the explosives were stored in a manner not in conformity with the regulations promulgated by the Attorney General.

## PENALTY

The penalty for the offense charged in Count One of the Indictment is a maximum sentence of ten (10) years' imprisonment, a maximum fine of $250,000.00, a term of supervised release of not more than three (3) years, and a special assessment of $100.00.

Count Two carries a maximum term of imprisonment of one (1) year, a maximum fine of $100,000, a term of supervised release of not more than one (1) year, and a special assessment of $25.00.

Additionally, the defendant must forfeit property, pursuant to 26 U.S.C. § 5872, 18 U.S.C. §§ 844(c) and 982(a)(2)(B), 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303, as set forth in the Indictment.

## FACTUAL BASIS

On May 19, 2017, law enforcement officers responded to defendant Brandon Russell's residence in Tampa, Florida, within the Middle District of Florida, where officers found two of Russell's roommates deceased. During a lawful search of Russell's residence, officers found a cooler containing the high explosive hexamethylene triperoxide diamine (HMTD). Within a short distance of the HMTD were explosive precursors including potassium chlorate, potassium nitrate, several pounds of ammonium nitrate (in a package

addressed to Russell), nitro methane, hexamine, and citric acid, among other things. Also discovered within a short distance of the HMTD were electric matches and empty 5.56 caliber ammunition casings with fuses that could be used to detonate destructive devices once the HMTD was combined with the casing. The HTMD found in the residence combined with the amount of ammonium nitrate and nitro methane found within a short distance of the HMTD would constitute a "bomb" and "destructive device" under 26 U.S.C. § 5845(f)(1).

The HMTD, explosive precursors, casings, and other parts found in the residence belonged to Russell and were a combination of parts designed or intended to be used to readily assemble a destructive device within the meaning of 26 U.S.C. § 5845(f), which meets the definition of "a firearm" under 26 U.S.C. § 5845(a). Russell manufactured the HMTD and intended to assemble a destructive device with the materials he possessed. Under Title 26, United States Code, Russell was required to register any such destructive device in the National Firearms Registration and Transfer Record. Russell failed to register the destructive device as required by federal law.

4

Russell also knew that the materials he possessed were explosives and unlawfully stored them in his residence contrary to the regulations set forth by the Attorney General of the United States regarding the lawful storage of explosives.

        Respectfully submitted,

        W. STEPHEN MULDROW
        Acting United States Attorney

By:   */s/ Josephine W. Thomas*
      JOSEPHINE W. THOMAS
      Assistant United States Attorney
      Florida Bar No. 31435
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:  (813) 274-6000
      Facsimile:  (813) 274-6358
      E-mail:     josie.thomas@usdoj.gov

**U.S. v. Brandon Clint Russell**          **Case No. 8:17-cr-283-T-24JSS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ian Goldstein, Esq.

                                          */s/ Josephine W. Thomas*
                                          JOSEPHINE W. THOMAS
                                          Assistant United States Attorney
                                          Florida Bar No. 31435
                                          400 N. Tampa Street, Suite 3200
                                          Tampa, Florida 33602-4798
                                          Telephone:   (813) 274-6000
                                          Facsimile:    (813) 274-6358
                                          E-mail:        josie.thomas@usdoj.gov

*T:\\_Cases\Criminal Cases\R\Russell, Brandon_2017R01242_JWT\p_notice of max penalties.docx*