UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Brandon Clint Russell
8:17-cr-00283-SCB-JSS

| **Date:** September 27, 2017 | **Court Reporter:** Digital |
|---|---|
|  | **Interpreter:** N/A |
| **Time:** 9:31 AM–10:05 AM | Total: 34 min. | **Deputy Clerk:** Jessica Ronay |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Josephine Thomas, AUSA | Ian Goldstein, Esq. |

**Change of Plea Hearing**

Notice of Essential Elements filed.

Defendant sworn.

Court advises Defendant of rights and reviews Notice of Essential Elements with Defendant.

Court finds Defendant competent to enter a plea of guilty.

Factual basis, as recited by the Government in court, is established.

Plea of guilty entered by Defendant as to Counts One and Two of the Indictment.

The Court will issue a Report and Recommendation to the District Judge.

Adjudication of guilt deferred.

Referred to probation for pre-sentence investigation.

Sentencing schedule to be determined.

Defendant remanded to custody of U.S. Marshal.

Note: Defendant objects to the allegation in the Notice of Essential Elements stating that he "intended to assemble a destructive device with the materials he possessed." Both parties agree that Defendant's objection does not affect the factual basis in support of the plea.