UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:17-cr-283-T-24JSS

BRANDON CLINT RUSSELL
_____/

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

Defendant, by consent, has appeared before this Court pursuant to Federal Rule of Criminal Procedure 11 and Middle District of Florida Local Rule 6.01(c)(12) and has entered a plea of guilty to Counts One and Two of the Indictment. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowingly and voluntarily entered and that the offenses charged are supported by an independent basis in fact as to each of the essential elements of such offenses.

As to the factual basis portion of the Notice of Essential Elements, Defendant objects to the allegation stating that he "intended to assemble a destructive device with the materials he possessed." (Dkt. 57 at 3.) Nonetheless, Defendant otherwise agrees with the factual basis portion of the Notice of Essential Elements, agrees that he possessed a destructive device, knowingly stored explosives, and agrees that his guilty plea is supported by an independent basis in fact as to each of the essential elements of the offenses charged in Counts One and Two of the Indictment. Accordingly, the Court finds, and counsel for the parties agree, that Defendant's objection does not affect the factual basis for Defendant's plea. This Court, therefore, recommends that the plea

of guilty be accepted and that Defendant be adjudged guilty and have sentence imposed accordingly.

      **DONE** and **ORDERED** in Tampa, Florida, on September 27, 2017.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.