**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                    Case No.: 8:17-cr-283-T-24JSS

BRANDON CLINT RUSSELL

---

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

The Defendant, Brandon Clint Russell, entered a plea of guilty to Counts One and Two of the Indictment before Magistrate Judge Julie S. Sneed on September 27, 2017. The Magistrate Judge issued a Report and Recommendation in which she recommended the pleas of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Accordingly, it is ORDERED and ADJUDGED:

1. That the Magistrate Judge's Report and Recommendation be adopted and confirmed and made a part hereof.

2. That the defendant, Brandon Clint Russell, be adjudicated guilty as to Counts One and Two of the Indictment.

3. That sentencing be scheduled for January 9, 2018 at 9:00 AM. Counsel are reminded of the requirement to contact the Courtroom Deputy if this hearing is anticipated to take longer than thirty (30) minutes.

**DONE and ORDERED** at Tampa, Florida 27th day of September, 2017.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service