**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

CASE NO. 8:17-CR-283-T-24JSS

vs.

BRANDON RUSSELL,

        Defendant.

_____/

**NOTICE OF FILING LETTERS OF SUPPORT**

COMES NOW the Defendant, BRANDON RUSSELL, by and through his undersigned counsel, and respectfully files the following attached letters in further support of his request for a lenient sentence, to wit:

1. Letters of support from friends and family (**Exhibit "A").**

**CERTIFICATE OF SERVICE AND FILING**

I HEREBY CERTIFY that the foregoing has been electronically filed and served on all parties via CM/ECF on the 5th day of January, 2018.

        Respectfully submitted,

        GOLDSTEIN & JETTE, P.A.
        Attorneys for Defendant Brandon Russell
        500 South Australian Ave., Ste. 720
        West Palm Beach, Florida 33401
        Tel: (561) 659-0202
        Email: ijg@goldsteinjette.com

        */s/Ian J. Goldstein*
        IAN J. GOLDSTEIN, ESQUIRE
        Florida Bar Number 0085219