Dear Judge,

I am writing on behalf of my son Brandon Russell. I am 45 years old and have raised Brandon on my own with the help of my parents. I had Brandon a few weeks after a graduated college. I feel that I did the best I could in the situation I was in.

Brandon grew up his first 5 years in Freeport, Bahamas with me and my parents. We lived in a close knit community. I also had help of a house keeper/ nanny who is of Jamaican decent and who Brandon still has an attachment for. I believe she has even written you on his behalf.  In these years, although Brandon was my child my parents were huge role models as parents for him.  Brandon was doted on. The sun rose and set on him.

We relocated when he was five to Orlando, Florida.  It was hard to move away from my parents but I felt it best at the time to put him in school away.  Brandon attended elementary and middle school there. While he was in elementary school he was diagnosed with ADHD. Brandon was my whole world and all we had was each other.  I was dealing with all of this on my own and I realized after a while that we needed to have more family around so after he completed grade 6 we moved back to the Bahamas to be close to my family.

In Nassau, Bahamas he attended one of the top private schools on the island. He excelled academically and was known for his love of science and history. His favorite teaches were Mrs. Arthur who was his physics teacher and Mr. Murray who was his history teacher. He wanted to go to University to become a Nuclear Physicist.

In 2009 I married for the first time and in 2010 we welcome my second son Hunter. I believe this was a difficult time for Brandon as he and his step father did not get along and often fought.  I eventually asked my husband to leave and at first Brandon was upset about this as he said he did not want his brother to grow up without a father like he did, but then he realized that is was better than all the fighting going on in the house for Hunter in the long run. Brandon is very attached to and protective of his brother. I know Brandon loves his brother more than anything and his brother also adores him. Whenever he was in town on a break from college he would take time out to play with him and read to him at night. He is a very caring person. He calls him regularly.

Brandon graduated in grade 12 and went to University in Florida. I feel that maybe he was not mature enough for this move on his own and did struggle in school even with the help the university offered students with disabilities. He was having problems with calculus which he needed for the degree he wanted. So after not passing that class I pulled him out of college to reassess his life and decide where he wanted to go from here.

Brandon went to live with his father but that didn't work out well.  Brandon always adored his father but I don't think he could ever really understand why he wasn't a consistent part of his life.  I think going to live with him as a young adult just made realize what he grew up without and he possibly resented him

telling him what to do. Since living with his father didn't work out he decided with the help of his father to join the National Guard. I feel after completing boot camp he felt he finally had done something to make everyone proud of him and I was very proud of him. I finally felt like he was finding something he loved. He was stationed in Tampa and decided to give college one more try. This did not work out for him so after giving up on his education he got a job.

I realize with Brandon's ADHD and him not having his father he had struggles but through it all he was always a kind, loving, considerate person. He was always loved and shown love and I always tried to teach him right from wrong and lead him in the right way. I believe that in trying to fit in Brandon lost sight of who he is and who I raised him to be. I am asking you to see him as I, his family and friends do, someone who would do anything for the people he loves. On breaks he would even come home and work in the family business. There he got along with the staff and even would try teach them about science. I know him for the person who he is not the person the media has made him out to be and the one his poor decisions depict him to be. He has a vast amount of knowledge, is creative and a fast learner and he loves deeply. I think with some help and guidance by the right people he can and will be a great asset to the community.

Sincerely,

Brigiite Chantalle Russell-Hilts

November 7/17

Dear Judge,

re: BRANDON C. RUSSELL

I would like to introduce myself. I am Molly Russell, Brandon's grandmother.
I understand the trouble he is in.
He spent a lot of times with us and most summers he was with us. We became very close.
He seemed more like a son than a grandson.
At the age of twelve they moved to Nassau, Bahamas , where he went
to High School. Graduated and went to UNIVERSITY OF SOUTH FLORIDA.
Brandon was always a very energetic child, never wanting to keep
still. He later was diagnosed with ADHD.
He always wanted your attention. We feel a lot of this was due to the fact that is father was hardly
there for him. His mom and dad were never married.
His father was always in and out of his life. And this really bothered Brandon.
During high school Brandon was very interested in science and physics.
always taking apart old televisions , microwaves , etc.,and using the parts for something he was
trying to build.
His goal was to become a Nuclear Physicists. Which never happened.
In college he joined an X-Lab group which he thoroughly enjoyed. Even after leaving college he at
times went to the group
I just can't understand what went wrong.
He decided he didn't want to finish college. He later made a decision he would like to join the
NATIONAL GUARD. He seemed to have enjoyed it, although there were times he said I don't know
how I got into this.
He persevered and graduated with honors.
He even said he would like to stay in the NATIONAL GUARD and maybe join the regular army. This he
now knows won't happen.
He was loved so much by his family and everyone was shocked When they heard the news of him
being in jail.
I truly believe deep down Brandon is a loving and caring person and would never bring harm to
anyone. How he got involved in this situation is beyond me.
I know he realizes he was wrong and has admitted it to us
and will have to serve time for his wrong doing.
I also feel Brandon needs psychiatric help and hopefully can receive it while incarcerated.
He now realizes he had so much going for him and ruined it.
We try to encourage him to stay positive and he will be able to start a new and positive life.
I truly hope he learns from this experience and moves forward with his life.
Brandon has never been in trouble with the law before and I am asking for leniency on his sentence.
I would like to thank you for taking the time to read this and consider the request. Respectfully,


Molly Russell

WILLIAM H. RUSSELL, 11, J.P.
FREEPORT, GRAND BAHAMA
BAHAMAS

November 26/17

Dear Judge,

As the grandfather of Brandon Clint Russell, he is loved more than words can say.
I have helped my daughter Chantalle, mother of Brandon, financially
to raise him. She was a single mother and needed as much help as possible.
He spent a lot of his childhood with his grandmother and I during most
of the summers and holidays. He was more like a son, than a grandson.
I always tried to be someone he could look up to, since his father was
not really in his upbringing.
His father was always in and out of his life, which I feel had a very negative affect on him.

During his younger years he always wanted us to build LEGO.
He never seemed to need instructions and was so good at it.

He loved sitting with me in my recliner to watch cartoons together.
Which at times puzzled me, because he never wanted to sit still.
We eventually had to have him examined by doctors and also
had tests done for ADD. He was eventually diagnosed with ADHD.

Brandon was very friendly and had a lot of friends. But at times
they would have to say to him calm down and let's take a break.
Which I am sure was the ADHD.

Always a child who liked to ask questions about everything.
As he aged he became very inquisitive as to how things worked.
For example Tv's, microwaves, radios, etc. he enjoyed taking them apart and checking it all
out.

He always wanted to be doing something. He enjoyed reading, and still
does.
As he aged he really got into physics and experiments.
During his last year in high school his teacher let the class watch Brandon experiment with a
Tesla Coil.

When Brandon entered college, I do not know what went wrong.

He ended up not finishing college, which was a disappointment.
He then decided to join THE NATIONAL GUARD, which gave him something to concentrate on.
He did very well while training.
He liked comparing his dress uniform with my dress blue police uniform.
At one point we discussed him joining the army, which he seemed to
be getting excited about, but then this happened.

It is very upsetting knowing he is incarcerated.
Especially having been a reserve in THE ROYAL BAHAMAS POLICE FORCE, retiring after 30
years as an Inspector.
I do not believe Brandon would ever hurt anyone and find it hard to believe that his supposedly
friend would even suggest it.

I am sure no one is exempt from having problems in their families,
whether it be minor or major.
I have told Brandon many times, I love you, but I don't like you right now.

Whatever Brandon will be facing, is disheartening, but I know I have to stand by the law. I also have to stand by him and encourage him for a better future.

As a grandfather, I am asking for leniency on his sentence.

Yours truly,

WILLIAM H. RUSSELL 11, J.P.

November 29, 2017

Re: Character Reference for Brandon Clint Russell

Dear Judge,

I am writing this character reference for my nephew Brandon. He is pleading guilty to possession of unregistered explosives and the improper storage of those explosives.

I was completely shocked to hear about this situation Brandon got himself in. I have never known Brandon to have any problems with the law prior to this incident.

Brandon has always been close with his family and my children grew close to him during his teenage years here in Nassau.

Brandon has always expressed how important family is to him. He got a long great with my kids. He would love to show them his many science projects he use to work on. He would always ask for old electronics so he could take apart and put back together. I must admit most did not understand most of his projects, but he got great joy in trying to explain them to me. He has always had a keen interest in science.

I know Brandon has had a hard time coping with the relationship with his biological father throughout his life. They have had an on and off relationship never really becoming close. I also know that his former step father and he did not get a long at all. That was definitely unfortunate because I believe a strong father figure in the house would have been great for him.

Even though he did not have a great relationship with his father I think he always hoped they would become closer as he grew older. He even joined the National Guard in the hopes of pleasing his father who use to be in the Marines.

Brandon has been struggling to find that right path for his future and has had a hard time figuring out what he wants to do with his life.

Brandon has plead guilty because he know what he did was wrong. He is eager to serve his punishment and get his life back on the right path.

I am confident that that this is a onetime incident that Brandon will learn from and never repeat.

Our entire family loves Brandon and will support him now and in the future.

William Russell & Family

Dear Judge,

    I am writing concerning my good friend Brandon Russell. In the years that Brandon and I attended middle school and high school together I came to know Brandon as a bright, intelligent, caring, individual. As one of Brandon's close friends, I write you today not to ask that you overlook Brandon's mistakes, but rather to ask that in contemplating the penalty for said mistakes, you select an option which will both allow Brandon to learn from his actions, as well as provide him with a chance in the future to move past those actions, and become the upstanding contributing member of society that all familiar with him know he can be.

    Brandon and I became friends in the eighth grade, and throughout the rest of our secondary school career we shared a handful of classes and participated in a variety of extra-curricular activities together. Throughout this time, Brandon showed deep passion and enormous potential in areas of history and science. He was well liked by his peers, and one might even say a "class clown" or sorts. Admittedly Brandon isn't perfect, he's never had the greatest sense of forethought, and has made his share of mistakes, but who hasn't?

    I'd also ask that you consider the context of this situation in which Brandon has found himself in, and the toll it's surely already taken on him. I would wager to say, that the combined stress of both the legal system, and having found two of his friends murdered prior to being arrested, has already made Brandon spend many long nights reflecting on and reconsidering the decisions and mistakes he has made. I truly believe, that as tragic as what happened is, it has made Brandon look back and reconsider some of the decisions he has made in recent years.

    I ask that in weighing your judgement, on how Brandon should pay for his mistakes, you come to a decision that give enough leniency that Brandon, once having paid his debt to society, can move past his missteps, and go on to become the gifted, intelligent, contributing member of society that all know he can be.

Thank you for taking the time, to read and consider what I have said here.

Sincerely,

Sam Scanlan

### To Whom It May Concern: Brandon Russell

Brandon was one of the more interesting characters among the many I encountered in my 42 years at St. Andrew's School. I was his History teacher from Years 8 through 12.

In fact, I knew his family before I knew him. The Russells and the Bethels are two of the oldest residents in The Bahamas, having been among the First Settlers. His father, Eric Bethel, had studied History with me also.

In Years 8 and 9 we studied Bahamian History and, in Years 10 and 11, 20th Century World History. Brandon was clearly interested in all aspects of the subject and he could talk knowledgeably of matters outside the curriculum. He once brought in a World War Two gas mask which he had purchased on eBay! However his academic performance was hampered by difficulties with effective written expression; he was more at home with numbers and science. I have no records any more but I seem to remember him being a C student.

He chose to specialize in History at the IB level for his final year. It was here that his passion for the subject blossomed. A former student of mine, Eric Wiberg, came to deliver a talk on *U-boats in The Bahamas during World War 2*. Having grown up with such stories, told by his grandfather who lived in the Out Islands, Brandon chose to make this his Research Project and carried out an extensive correspondence with Wiberg. The resulting Paper only achieved a C, but for the effort involved I would give an A.

Brandon's behaviour outside the classroom was similar to that of his peers – rather immature and sometime foolish. But he could kind and thoughtful; for a retirement present he gave me a reproduction of a Newsweek Special Edition commemorating D-Day; I presume he obtained it from eBay.

I would be happy to provide additional information if required

*[signature]*    19 November, 2017

Allan. G. Murray, Head of History (retd.), St. Andrew's School, Nassau, Bahamas

21st November, 2017

Dear Judge,

RE: BRANDON RUSSELL

I am writing in support of my godson Brandon Russell. I am hoping that you will see who we see and not what recent, unfortunate events have shown you. I am not downplaying the gravity of his mistakes but I don't feel these mistakes are showing who Brandon is.

Brandon comes from a well respected, successful family here in The Bahamas and I have been a part of his family's life for as long as I can remember. I was honored to take on the role of being his Godmother and I have been in his life since he was born. I have watched him grow up and watched the struggles that he went through being in a home with just his mom. In spite of this, I watched Brandon excel at school.

Brandon has always been loving and respectful to me, my husband and our kids and we have had many conversations over the years that shows me his heart and his heartbreak. Unfortunately, being from a broken home I think Brandon struggled with finding his place. Although surrounded by love Brandon longed for something that was missing. I believe that because of this perhaps he looked for fulfillment in other areas and those things weren't the best choices he could make. He searched for acceptance in places that he shouldn't have.

I am hopeful that Brandon has learnt from these mistakes and will do his best to make better choices in the future when given that opportunity. He knows what is right and what is wrong, for he was not raised to think that for one moment choices he made was acceptable. With all that being said, I also believe that Brandon does need to have someone that he can confide in and speak to regarding his feelings in areas of his life to help him navigate the feelings he has regarding his acceptance and belonging and who can give him the tools and guidance he will need to make these choices in the future when given the opportunity to join in society again.

Thank you for your consideration.


Sincerley,

Gina Knowles

November 27th, 2017

Dear Judge,

I have known Brandon his entire life. As a young boy he displayed keen interest in creating things. He was a very lovable friendly boy. He was also very good academically. As time went by his interest in science was very evident. He also liked art and some of his artwork is on display in his home today. Our families were very close and spent many memorable vacations together. He learned to swim at a very young age and always enjoyed being outdoors. Because of all the experiments he attempted we would tell him that someday he would invent something great. He even got recognition and an award in his senior year for one of these experiments. We have all made wrong choices along this road we call life that we regret and wish to forget.

It is my prayer that Brandon would be given another opportunity in the not to distant future to pursue and fulfill his dreams and aspirations.


Sincerely,

Camille Roberts
[Brandon's Aunt]

**LISA DARVILLE**
P.O. BOX F-43067
FREEPORT, BAHAMAS
(242) 727-1741

October 16th, 2017

To whom it may concern:

<u>Re: Mr. Brandon Russell</u>

Please be advised that I have known Mr. Russell all of his life. Over the years he has proven to be a well mannered, reliable & diligent young man. Mr. Russell has always displayed a very pleasant attitude and takes pleasure in helping any way he can, always giving it his best.

If any further information is needed do not hesitate to contact me.

Sincerely,

Lisa Darville

## Scott l.Pinder,J.P.
P.O. Box F-40806
Freeport, Grand Bahama
Bahamas

Your Honour,

    I have known Brandon Russell over the past sixteen years as a friend of his grandparents, William and Mollie Russell and his mother, Chantel. Over these many years he was a bright student and became involved in progressive extracurricular activities involving friends and fellow students. During this time Brandon was organized, efficient, extremely competent and had a excellent rapport with persons of all ages. His communication skills were outstanding and he was functional as well as reliable, with a broad range of interests.
I trust that these observations will be of assistance to him.

Sincerely Yours,

*[signature]*

Scott L.Pinder J.P.

Darren L. Bethel

October 2, 2017

Dear Judge,

    I've known Mr. Brandon Russell for eight years now. I've been both a full time and part time employee and friend of Brandon ever since I met him back in 2009 working for both Dollar Plus and Athletes Foot.

    Mr. Russell is a very great person inside out. He shares a lot of great moral values such as being generous, honest, dependable, and accountable. In all of my years of knowing him, I've never heard Brandon speak ill about anyone or anything. He has such an intelligent and wise mind where so we discuss a lot of ideas and positive things. One of his main passions is Science. He's innovative and always has great ideas. This passion that he has always pushed him to excel and do well in school which he won numerous academic competitions and made the honor roll list. Along the lines of the great minds like Thomas Edison, Alexander Bell, and Nikola Tesla, Brandon always gave me the impression that he would create something great that society can benefit from one day just like they did.

    My friend, Mr. Brandon Russell is indeed a loving person, with a good heart and humble spirit. I know that no weapon formed against him will prosper and that he will always possess the will to prosper and that he will indeed continue to live up to his purpose in being a great person in Life.

Sincerely,

Darren L. Bethel

# Utmost Construction Co. Ltd.

P.O. Box F-43165
Freeport, Grand Bahama . Bahamas
Phone: (242) 359-5114
Fax: (242) 348-5075

Cyril Harvey Jr. - President

October 1st 2017.

You're Honor,

RE: Character reference for Mr. Brandon Russell

My name is Cyril Harvey. I am the proprietor of Utmost Construction a private construction company in Freeport Grand Bahama Bahamas. I have worked with Mr. Brandon Russell's grandparents for over 15years. During this time I have gotten to know Young Brandon quite well having had the privilege to assist him on numerous physics projects.

I have come to recognize that Brandon possess several fine qualities. Brandon is helpful and trustworthy. He is an enthusiastic and respectful young man with a strong moral character. I can confirm that Brandon is family orientated having witness first hand his devotion to his grandparents. He has a good heart and a sound sense of empathy.

Please don't hesitate to contact me; Mr. Cyril Harvey should you require any further information on Mr. Brandon Russell's character.

Sincerely;

Mr. Cyril Harvey

*"When you want the job done right the first time"*

November 16th, 2017

To Whom It May Concern:

I have known Mr. Brandon Russell all of his life. During this time I found him to always be a respectable, intelligent & mannerly young man. Mr. Russell is always eager to help others and find ways to increase his knowledge.

Regards,

*[signature]*

Richard Laramore
Former Royal Bahamas Police Corporal

My name is Rossana Fields and I have known Brandon Russell and his mother since he was a young elementary school aged child. In fact, my youngest son (now 27) used to babysit Brandon when his mother went out with friends, usually on weekends.

I believe that Brandon is a smart, quiet young man. His mother has always been there for him and his grandparents I feel were an integral part of their life.

I have always felt that Brandon and his family are good citizens, good and honest hardworking people and have good morals and values.

Brandon and his mom left the neighborhood several years ago to go back to the Bahamas, and I think they did so to be closer to their family. This tells me that they are very family oriented.

Whatever situation Brandon finds himself in currently, I know that he has been taught good family values and that is what in the end will help him move forward to maturity.

Thank you for your time.

*Rossana Fields*

Chantalle and Brandon's previous neighbor in Orlando, Florida.

10/26/17