**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

                                 CASE NO. 8:17-CR-283-T-24JSS

vs.

BRANDON RUSSELL,

        Defendant.

_____/

<u>**NOTICE OF FILING CERTIFICATES OF ACHIEVEMENT**</u>

COMES NOW the Defendant, BRANDON RUSSELL, by and through his undersigned counsel, and respectfully files the following attached certificates of achievement in further support of his request for a lenient sentence, to wit:

1.      Certificates of Achievement (**Exhibit "A").**

<u>**CERTIFICATE OF SERVICE AND FILING**</u>

I HEREBY CERTIFY that the foregoing has been electronically filed and served on all parties via CM/ECF on the 5th day of January, 2018.

                                  Respectfully submitted,

                                    GOLDSTEIN & JETTE,  P.A.
                                    Attorneys for Defendant Brandon Russell
                                    500 South Australian Ave., Ste. 720
                                    West Palm Beach, Florida 33401
                                    Tel: (561) 659-0202
                                    Email: ijg@goldsteinjette.com

                                    */s/Ian J. Goldstein*_____
                                    IAN J. GOLDSTEIN, ESQUIRE
                                    Florida Bar Number 0085219