

# THANK YOU

# Brandon Russell

In recognition of your services to Plimoth Plantation and the Town of Plymouth through the

## PEOPLE TO PEOPLE
### LEADERSHIP AMBASSADOR PROGRAM

July 2011

PLIMOTH PLANTATION
The Living History Museum of 17th-century Plymouth
represents Native Wampanoag and Pilgrim life


# In Honor Of

# OUTSTANDING ACADEMIC ACHIEVEMENT

This certifies that

## BRANDON RUSSELL

successfully completed a People to People Leadership Program during the spring of 2011 and has earned 10 service learning credits for his efforts in promoting peace through understanding.



_Mary Jean Eisenhower_
President and CEO of People to People International

_Jeffrey D. Thomas_
CEO of People to People Ambassador Programs



# HONOUR ROLL

Year 9  2009-2010

The International School of The Bahamas
FOUNDED 1948

ST ANDREW'S SCHOOL

Awarded for the attainment of a Grade Point Average of 3.30 to 3.69

Brandon Russell

Principal

Head of Secondary

# St Augustine's School



The International School of The Bahamas
FOUNDED 1948

This certifies that

Brandon Clint Russell

has satisfactorily completed the course of study required for

## Graduation

Given this 10th day of June, 2013
in the city of Nassau, Bahamas

_____
Head of Secondary School

_____
Chairman of the Board of Directors

_____
Principal

# BROWN UNIVERSITY
## OFFICE OF CONTINUING EDUCATION

BROWN

CERTIFICATE OF COMPLETION

### Brandon Russell

Exploring Engineering

Pre-College Course

July 9th – July 30th 2011

_Karen Sibley_
KAREN SIBLEY, DEAN OF CONTINUING EDUCATION