UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-283-T-24JSS

BRANDON CLINT RUSSELL

### GOVERNMENT'S WITNESS LIST

The United States of America, by Maria Chapa Lopez, United States Attorney for the Middle District of Florida, respectfully submits that intends to call the following witness at the Sentencing hearing on January 9, 2018:

1. FBI Special Agent Christopher Franck

The United States reserves the right to call additional witnesses, if appropriate.

          Respectfully submitted,

          MARIA CHAPA LOPEZ
          United States Attorney

By:   */s/Josephine W. Thomas*
       JOSEPHINE W. THOMAS
       Assistant United States Attorney
       Florida Bar No. 31435
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: josie.thomas@usdoj.gov

U.S. v. Brandon Clint Russell        Case No. 8:17-cr-283-T-24JSS

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Ian J. Goldstein, Esq.
    William Wallshein, Esq.

    */s/Josephine W. Thomas*
    JOSEPHINE W. THOMAS
    Assistant United States Attorney
    Florida Bar No. 31435
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone:   (813) 274-6000
    Facsimile:   (813) 274-6358
    E-mail:      josie.thomas@usdoj.gov