UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,　　　　　Case No. 8:17-cr-283-T-24JSS

　　　　Plaintiff,　☐
　　　　Government　☒　　　　　　　☐ Evidentiary
　　　　　　　　　　　　　　　　　　☐ Trial
v.　　　　　　　　　　　　　　　　　☒ Other - Sentencing

BRANDON CLINTON RUSSELL

　　　　Defendant　☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Photo of garage |
| 2 | | | | Photo of left side garage wall |
| 3 | | | | Photo of tin box |
| 4 | | | | Photo of homemade stencils |
| 5 | | | | Photo of black bag and contents |
| 6 | | | | Photo of nitro methane |
| 7 | | | | Photo of citric acid |
| 8 | | | | Photo of hexamine |
| 9 | | | | Photo of black box and fuse |
| 10 | | | | Photo of fuse |

**EXHIBIT LIST - Continuation Sheet**

| | | | | | |
|---|---|---|---|---|---|
| 11 | | | | | Photo of black bag and miscellaneous items |
| 12 | | | | | Photo of chemicals |
| 13 | | | | | Photo of inside of cooler |
| 14 | | | | | Photo of flag in living room |
| 15 | | | | | Photo of flag in dining room |
| 16 | | | | | Photo of living room and bookshelf |
| 17 | | | | | Photo of bookshelf |
| 18 | | | | | Photo of WW2 book |
| 19 | | | | | Photo of two books |
| 20 | | | | | Photo of TV and bookshelves |
| 21 | | | | | Photo of left side bookshelf |
| 22 | | | | | Photo of right side bookshelf |
| 23 | | | | | Photo of composition book |
| 24 | | | | | Photo of inside of composition book |
| 26 | | | | | Photo of vehicle |
| 27 | | | | | Photo of backseat of vehicle |
| 28 | | | | | Photo of flier found in vehicle |
| 29 | | | | | Photo of flier found in vehicle |
| 30 | | | | | Photo of dresser |

**EXHIBIT LIST - Continuation Sheet**

| | | | | | |
|---|---|---|---|---|---|
| 31 | | | | | Photo of bed and dresser |
| 32 | | | | | Photo of contents of box |
| 33 | | | | | Photo of closet |
| 34 | | | | | Photo of floor of closet |
| 35 | | | | | Photo of firearm and ammo in closet |
| 36 | | | | | Photo of firearm and ammo |
| 37 | | | | | Photo of firearm and ammo on box |
| 38 | | | | | Photo of items in closet |
| 39 | | | | | Photo of bag |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |