UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:17-cr-283-T-24JSS

    Plaintiff,  ☐
    Government ☒       ☐ Evidentiary
                                       ☐ Trial
v.                                               ☒ Other - Sentencing

BRANDON CLINT RUSSELL

    Defendant   ☐

# AMENDED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Photo of garage |
| 2 | | | | Photo of left side garage wall |
| 3 | | | | Photo of tin box |
| 4 | | | | Photo of homemade stencils |
| 5 | | | | Photo of black bag and contents |
| 6 | | | | Photo of nitro methane |
| 7 | | | | Photo of citric acid |
| 8 | | | | Photo of hexamine |
| 9 | | | | Photo of black box and fuse |
| 10 | | | | Photo of fuse |

**EXHIBIT LIST - Continuation Sheet**

|    |   |   |   |                                          |
|----|---|---|---|------------------------------------------|
| 11 |   |   |   | Photo of cooler                          |
| 12 |   |   |   | Photo of black bag and miscellaneous items |
| 13 |   |   |   | Photo of chemicals                       |
| 14 |   |   |   | Photo of inside of cooler                |
| 15 |   |   |   | Photo of flag in living room             |
| 16 |   |   |   | Photo of flag in dining room             |
| 17 |   |   |   | Photo of living room and bookshelf       |
| 18 |   |   |   | Photo of bookshelf                       |
| 19 |   |   |   | Photo of WW2 book                        |
| 20 |   |   |   | Photo of two books                       |
| 21 |   |   |   | Photo of TV and bookshelves              |
| 22 |   |   |   | Photo of left side bookshelf             |
| 23 |   |   |   | Photo of right side bookshelf            |
| 24 |   |   |   | Photo of composition book                |
| 25 |   |   |   | Photo of inside of composition book      |
| 26 |   |   |   | Photo of vehicle                         |
| 27 |   |   |   | Photo of backseat of vehicle             |
| 28 |   |   |   | Photo of flier found in vehicle          |
| 29 |   |   |   | Photo of flier found in vehicle          |

**EXHIBIT LIST - Continuation Sheet**

|    |    |    |    |    |
|----|----|----|----|----|
| 30 |    |    |    | Photo of dresser |
| 31 |    |    |    | Photo of bed and dresser |
| 32 |    |    |    | Photo of contents of box |
| 33 |    |    |    | Photo of closet |
| 34 |    |    |    | Photo of floor of closet |
| 35 |    |    |    | Photo of firearm and ammo in closet |
| 36 |    |    |    | Photo of firearm and ammo |
| 37 |    |    |    | Photo of firearm and ammo on box |
| 38 |    |    |    | Photo of items in closet |
| 39 |    |    |    | Photo of bag |
| 40 |    |    |    | Photo of potassium nitrate & filters |
| 41 |    |    |    | Drawing |
| 42 |    |    |    | Drawing |
|    |    |    |    |    |