## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No.:  8:17-cr-283-T-24JSS                Date:  January 9, 2018

U.S.A. v. Brandon Clint Russell

**HONORABLE SUSAN C. BUCKLEW**           Interpreter: n/a

Court  Reporter:  Scott Gamertsfelder         Courtroom Deputy:  Susan Saylor

Attorney(s) for Government:                  Attorney(s) for Defendant.
Josie Thomas                                 Ian Goldstein, Ret., & William Wallshein, Ret.

Time:  9:00  - 11:01 & 11:24 - 12:30  = 3.07

## CRIMINAL MINUTES - EVIDENTIARY SENTENCING REFORM ACT SENTENCING

Deft sworn.                                  USPO:  Tashika Curtis

- 9:15  Govt calls witness: FBI SA, Christopher Franck (sworn & testified) - Govt's exhibits 1-40 admitted into evidence with no objections

- 10:25  Cross examination

- 10:43  Redirect examination

- 10:47  Govt oral argument as to her motion for upward departure and/or upward variance

- 11:01  Mid morning break until 11:20

- 11:20  Deft calls witness: Dr Ryan Sean Hall (sworn & testified)

- 11:38  Cross examination

- 11:47  Polly Russell, grandmother, Gena Knolls, god mother and Bridget Russell, mother spoke on behalf of the deft

- 12:01  Defense oral argument as to sentencing

- 12:13  Govt oral argument as to sentencing

- 12:18  Defense rebuttal

- __X__  Defendant is adjudged guilty on Counts  **1 & 2**  of the Indictment (open plea).

- __X__  Imprisonment:   **30 Months** this consist of 30 months as to Count 1 and 12 months as to Count 2, all such terms to run concurrently

- __X__  The Court makes the following recommendations to the Bureau of Prisons:
  (X) Confinement at FCI Coleman.
  (X) Other: Receive mental health counseling

- __X__  Supervised Release:  **3 Years** as to Count  1 and 1 Year as to Count 2, all such terms to run concurrently

- __X__  Fine is **waived.**

__X__    Special Assessment: $125.00      (X) To be paid immediately.

__X__    Special conditions of ( ) probation (X) supervised release:

(X) You must participate as directed in a program of mental health treatment (outpatient and/or inpatient) and follow the Probation Officer's instructions regarding the implementation of this court directive.  Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

(X) The mandatory drug testing provisions are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

(X) Having been convicted of a qualifying felony, the Defendant shall cooperate in the collection of DNA.

(X) The defendant shall submit to a search of his person, residence, place of business, any storage units under your control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

__X__    Defendant is remanded to the custody of the US Marshal.

__X__    Defendant advised of right to appeal and to counsel on appeal.

__X__    Defendant on the record informs the Court that he is satisfied with the representation of his/her attorney.

__X__    Government's motion (Doc. 71) for **upward** departure is DENIED and the **upward** variance is **GRANTED**. The Court varied upward to 60 months.

__X__    Defendant's Oral request for downward variance is DENIED by the Court.


Total Offense Level:            17                          24
Criminal History Category:      I
Imprisonment Range:    24   -   30    months
Supervised Release Range:  1  -  3        years
Restitution:  n/a
Fine Range: $10,000   to   $95,000
Special Assessment:  $125.00