3723

