13

Red Iron Oxide
$Fe_2O_3$
Alpha Chemicals
Weight: 5 lbs.
Handle with Care - Follow the MSDS
AC
Alpha Chemicals
Elemental First Quality
Potassium Chloride
KCl
52% K, 47% Cl
Net Weight: 5 lbs.
AlphaChemicals.com
Sodium
Salt
POTASSIUM CHLORIDE
RECYCLED MATERIAL
