
Oxford DICTIONARY OF Science
Wayne Biddle A Field Guide to Radiation
Department of the Army U.S. ARMY GUIDE TO BOOBYTRAPS
THE VIKING PORTABLE LIBRARY NIETZSCHE
CLOSE THE VOID OXFORD
Department of the Army U.S. ARMY IMPROVISED MUNITIONS HANDBOOK
Born ATOMIC PHYSICS Dover 0-486-65984-4
MY LIFE - OSWALD MOSLEY
A SHORT HISTORY OF NUCLEAR FOLLY RUDOLPH HERZOG
Griset / Mahan TERRORISM IN PERSPECTIVE SAGE