

Stack of books (top to bottom):
- *Memoirs* — Alfred Rosenberg
- *The Koran* — Translated by John Medows Rodwell
- *Oxford Dictionary of Chemistry*, Sixth Edition
- *Tactics of the Crescent Moon* — Poole (Posterity Press)
- Tomislav Sunic — *Against Democracy and Equality*
- Alain de Benoist — *The Problem of Democracy*
- *The Cartoon Guide to Physics* — Gonick & Huffman (Collins)
- *Bahamian History Highlights* — Allan G. Murray
- *For My Legionaries* — Corneliu Codreanu, 2003
- *The Viking Warrior* — Ben Hubbard
- *Images of War: SS-Totenkopf France 1940* — Jack Holroyd
- *Mad Science 2* — Theodore Gray
- *Waffen-SS Uniforms in Colour Photographs* — Europa Militaria No. 6