25

28.381385, -81.793045

CLASS SCHEDULE

| Time: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | |
| Tuesday | | | | | | | | |
| Wednesday | | | | | | | | |
| Thursday | | | | | | | | |
| Friday | | | | | | | | |
| Saturday | | | | | | | | |

# WEB REFERENCE

## GENERAL REFERENCE & RESEARCH SITES

Central Intelligence Agency: www.odci.gov/cia/publications/factbook
Central Intelligence Agency (CIA) worldwide factbook containing in-depth data for over 200 countries around the globe.

CNN Student News: www.cnnfyi.com
U.S. and World news multimedia site tailored to the needs of students.

Conversion Tables: www.convert-me.com
Convert length, area, speed, temperature, etc., into different units and systems.

eLibrary Research: www.elibrary.com
Search any topic using a database of current newspapers, magazines, books and more.

Encyclopedia Britannica: www.britannica.com
Online version of one of the world's most trusted sources of information on every topic imaginable.

Fact Monster: www.factmonster.com
Designed for kids of all ages, this site offers an amazing array of facts and figures in addition to homework help, an almanac, dictionary and much more.

Gallup Organization: www.gallup.com
Search thousands of poll results, special reports, survey trends and social audits.

Hoovers Business Research: www.hoovers.com
Comprehensive index of over 45,000 leading U.S. private and public companies.

Information Please Almanac: www.infoplease.com
Online almanac offering millions of interesting and useful facts on a wide variety of subjects.

Internet Public Library: www.ipl.org
An exhaustive collection of over 20,000 titles.

iTools Research: www.itools.com
Collection of online research tools including dictionaries, translations, quotations and more.

Library of Congress: www.loc.gov
Easy to use reference catalog for accessing the collections of the Library of Congress.

National Archives: www.archives.gov
National Archives online directory of U.S. Federal records.

Smithsonian Institution: www.si.edu
User-friendly site from the world's largest museum complex and research organization.

U.S. Census Bureau: www.census.gov
A wealth of basic information about the U.S., broken down on a national, state and local level.

U.S. Department of Labor: http://stats.bls.gov
Bureau of Labor statistics site containing current labor statistics and links to hundreds of state and Federal agencies.

U.S. Federal Government: www.fedstats.gov
Statistical information from over 100 federal agencies

Coords
28.381385, -81.793045

WHITE FOREST V.01

Mitchell Bridges RD

474

Inlet
Field/light woods
Heavy Woods
Quary Zone
Water
HQ

Quary's Business:
ER Jahna Industries
- They produce Sand, limestone, agricultural aggregates
- Dredging and product delivery & logistics
- Lots of trucks and equipment
- Huge ~~[illegible]~~ wharehouse storage