
FOLLOW YOUR FELLOW
FAGGOTS
34% OF TRANNIES ATTEMPT SUICIDE
30% OF SUICIDES ARE LGBT RELATED
OVER 40% OF BI-SEXUAL PEOPLE CONSIDER SUICIDE
P.S. There are only two genders. Get over it!
This message is brought to you by...
THE ATOMWAFFEN DIVISION
JOIN YOUR LOCAL NAZIS!
FIND US AT IRONMARCH.ORG