UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                Case No.: 8:17-cr-283-T-24JSS

BRANDON CLINT RUSSELL

_____

**RECEIPT FOR GOVERNMENT EXHIBITS AND/OR EXHIBIT SUBSTITUTES**

The undersigned acknowledges receipt of the following described exhibits and/or exhibit substitutes:

See attached Exhibit List

Date:

_____
Signature

_____
Student
Relationship to party/counsel