UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:17-cr-00283-SCB-JSS

BRANDON CLINT RUSSELL
_____/

### REPORT ON INITIAL APPEARANCE
### FOR VIOLATION OF SUPERVISED RELEASE

Defendant appeared in court on February 9, 2023, for his initial appearance on a Petition for Warrant or Summons for Offender Under Supervised Release. (Dkts. 86, 88, 94.) Defendant waived his right to a preliminary hearing. (Dkt. 91.) Based on the Petition and Defendant's waiver of the preliminary hearing, the court finds probable cause to hold Defendant for further proceedings before the United States District Judge, and it is so **ORDERED**.

It is **FURTHER ORDERED** that the Clerk of the Court shall schedule the final revocation hearing before the Honorable Susan C. Bucklew.

It is **FURTHER ORDERED** that the Government shall produce for inspection and copying any appropriate discovery which the Government intends to use at the final revocation hearing at least three (3) days prior to the final hearing.

**ORDERED** in Tampa, Florida, on February 10, 2023.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE