AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Brandon Clint Russell<br>*Defendant* | )<br>) Case No.  8:17-cr-283-SCB-JSS<br>)<br>)<br>)<br>)<br>) |

RCVD USMS M/FL TAMPA 2023 FEB 8 AM 9:04

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Brandon Clint Russell,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: FEB - 8 2023

*Issuing officer's signature:* Alejandro Castillo

City and state: Tampa, Florida

Elizabeth Warren, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/8/23, and the person was arrested on *(date)* 2/9/23
at *(city and state)* Tampa, FL Orlando, FL

Date: 2/9/23

*Arresting officer's signature*

Seavle Dosn
*Printed name and title*