**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO. 8:17-cr-00283-WFJ-J_S-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRANDON RUSSELL,

        Defendant.
_____/

**UNOPPOSED MOTION TO CONTINUE HEARING**
**ON VIOLATION OF SUPERVISED RELEASE**

COMES NOW the undersigned counsel for Defendant, BRANDON RUSSELL, and moves this Honorable Court to continue the currently scheduled hearing of August 8, 2024 in the above captioned cause, and in support thereof would show as follows:

1. Defendant is charged with a violation of supervised release in this case, and a hearing has been scheduled for November 21, 2023.

2. Defendant has been indicted in the District of Maryland, and is pretrial detained in Baltimore awaiting trial. The charges in the District of Maryland form the basis for the violation of supervised release in this matter.

3. The parties are in agreement that the Violation hearing should be continued until after the disposition of the charges pending in the District of Maryland. The case in the District of Maryland is currently scheduled for trial beginning November 12, 2024.

4. Additionally, the undersigned counsel has a conflict on the currently scheduled date. Counsel is also scheduled for a status conference before the Honorable Aileen M. Cannon

1

in the matter of *United States v. Gito St. Fort*, Case No.. 24-80063-CR-CANNON in the Southern District of Florida.

5. The undersigned counsel has discussed this matter with AUSA Daniel Marcet, who does not oppose the requested continuance.

WHEREFORE, based upon the foregoing, counsel would respectfully request that the currently scheduled hearing on the VOSR be continued until December of 2024.

## CERTIFICATE OF SERVICE AND FILING

I HEREBY CERTIFY that this Motion has been electronically filed and served on all parties via CM/ECF on the 26th day of July 2024.

    Respectfully submitted,

    LAW OFFICES OF IAN GOLDSTEIN, P.A.
    Attorney for Brandon Russell
    330 Clematis Street, Suite 209
    West Palm Beach, FL  33401
    Tel: (561) 600-0950
    Email:ian@iangoldsteinlaw.com
    */s/Ian J. Goldstein*
    IAN J. GOLDSTEIN, ESQUIRE
    Florida Bar No. 0085219