UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-00283-WFJ-J_S

BRANDON CLINT RUSSELL

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. A Violation of Supervised Release is pending in this Court against Brandon Clint Russell in the above styled case, and it is set for a Final Hearing re Revocation of Supervised Release as to said defendant at Tampa, Florida, on October 21, 2025 at 11:00am.

2. The defendant is now confined in the District of Columbia Department of Corrections Central Treatment Facility.

3. It is necessary to have said defendant before this Court for the Final Hearing re Revocation of Supervised Release as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for the Final Hearing re Revocation of Supervised Release, and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of

the District of Columbia Department of Corrections Central Treatment Facility, and also directing the said Warden, of the District of Columbia Department of Corrections Central Treatment Facility, to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

Date: September 3, 2025

                                Respectfully submitted,

                                GREGORY W. KEHOE
                                United States Attorney

By:   */s/ Karyna Valdes*
       Karyna Valdes
       Assistant United States Attorney
       Florida Bar No. 0122261
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602-4798
       Telephone: (813) 274-6000
       Facsimile: (813) 274-6358
       E-mail: Karyna.Valdes@usdoj.gov

# AUSA REQUEST/WRIT OF HABEAS CORPUS

To: William B. Berger, Sr.
United States Marshal

From: Karyna Valdes
Assistant United States Attorney

Subject: AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name: Brandon Clint Russell

AKA: N/A

DOB or Age: 30      Race: White      Sex: Male

Booking No:      BOP No:      FBI No: 46NVLHJWH

Federal/State Charges: Federal Charges

Institution's Phone No.: (202) 698-4932

Case Agent: Matthew Zorn
Agency: U.S. Probation Office
Phone No: 407-835-5843

Other Special Handling, Medical, or Separatee Information:


It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED
TO THE AUSA REQUEST OR COPY OF WRIT**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 8:17-cr-00283-WFJ-J_S

BRANDON CLINT RUSSELL

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   ANY UNITED STATES MARSHAL; and

Warden, of the District of Columbia Department of Corrections Central Treatment Facility

It appearing from the petition of the United States of America that the defendant in the above case, Brandon Clint Russell, is confined in District of Columbia Department of Corrections Central Treatment Facility at Washington, D.C., and that this case is set for a Final Hearing re Revocation of Supervised Release as to said defendant on October 21, 2025, at 11:00am, and that it is necessary for the said defendant to be before this Court for said proceeding:

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of the said Brandon Clint Russell now detained in custody as aforesaid, under safe and secure conduct, before this Court on October 21, 2025, at Tampa, Florida, by or before 11:00am, for the Final Hearing re Revocation of Supervised Release on criminal charges pending against him in this cause.

And this is to command you, Warden, of the District of Columbia Department of Corrections Central Treatment Facility, to deliver into custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the said defendant for safe and secure conduct to this District for the purpose aforesaid.

FURTHERMORE, this is to command you, any United States Marshal, that upon completion of all further proceedings in this case that you return Brandon Clint Russell with all convenient speed, under safe and secure conduct to the custody of the Warden, of the District of Columbia Department of Corrections Central Treatment Facility.

DONE and ORDERED at Tampa, Florida, this ___ day of September, 2025.

                                                        _____
                                                        United States Magistrate Judge