# EXHIBIT LIST

☐ **Government**     ☐ **Plaintiff** ☐ **Defendant**   ☒ **Court**

**Case No.**     **8:17-cr-283-WFJ-SPF**

**Style:**     **UNITED STATES OF AMERICA**
**v.**
**BRANDON CLINT RUSSELL**

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | 11/5/2025 | | Judgment from USDC of Maryland, JKB-1-23CR-00056-002 |
| 2 | | 11/5/2025 | | Amended Memorandum and Order from USDC of Maryland, JKB-1-23CR-00056-002 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |