**Brandon Clint Russell**
**8:17-cr-283-WFJ-SPF**

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case Number: 8:17-cr-283-WFJ-SPF |
| **v.** | USM Number: 14777-104 |
| **BRANDON CLINT RUSSELL** | Ian Goldstein, Retained |

### JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant was found guilty of violation charge numbers 1 and 2 of the term of Supervised Release. For the reasons indicated at the final revocation hearing, the Court adjudicated the defendant guilty of the following violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct, Conspiracy to Destroy an Energy Facility, while on supervision in violation of the mandatory conditions of supervision: (Grade B Violation). | Between January 12, 2023 and February 2, 2023 |
| Two | Having contact with a known member of a group which reflects extremist views violation of the special condition (Grade C Violation). | Between January 12, 2023 and February 2, 2023 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in Defendant's economic circumstances.

Date of Imposition of Sentence: November 5, 2025

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

November 5th, 2025

**Brandon Clint Russell**
**8:17-cr-283-WFJ-SPF**

## IMPRISONMENT

The defendant's current term of supervised release is revoked, and he is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TWENTY-FOUR (24) MONTHS.** The terms of imprisonment imposed by this judgment shall run consecutively with the defendant's term of imprisonment already imposed or yet to be imposed in any future sentence in Docket Number JKB-1-23CR-00056-002, District of Maryland Federal Court.

The Court recommends to the Bureau of Prisons:
- Confinement at FCI Coleman located in Florida.

Defendant is remanded to custody of U.S. Marshal to await designation by the Bureau of Prisons.

## SUPERVISED RELEASE

Upon service of the sentence herein, the defendant shall be discharged from further jurisdiction of the Court in this case.

## RETURN

I have executed this judgment as follows:

_____

_____

The defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
  Deputy U.S. Marshal